EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
STEVEN G. WARNER, State Bar No. 239269
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5747
 Fax: (415) 703-5843
 Email: Steven.Warner@doj.ca.gov

Attorneys for Respondent Acting Warden Ben Curry
SF2007403137

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD W. BOONE,<br><br>                    Petitioner,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>                    Respondent. | C 07-4724 PJH<br><br>**REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PETITION; SUPPORTING DECLARATION OF COUNSEL**<br><br>Judge: The Honorable Phyllis J. Hamilton |

**REQUEST FOR EXTENSION OF TIME**

Petitioner Donald W. Boone is a California state inmate proceeding *pro se* in this habeas corpus action. Boone, who is currently serving an indeterminate sentence for second-degree murder with firearm use, challenges the Governor's reversal of the Board of Parole Hearings' parole grant at his 2006 subsequent consideration hearing. On November 7, 2007, this Court

///

///

///

1  issued an order to show cause. For the reasons set forth in the accompanying declaration of
2  counsel, Respondent respectfully requests a thirty-day extension of time, up to and including
3  February 7, 2008, to file a responsive pleading in this matter.

4  Dated: January 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

/s/

STEVEN G. WARNER
Deputy Attorney General
Attorneys for Respondent

40203434.wpd

# DECLARATION OF COUNSEL

I, Steven G. Warner, declare:

1. I am an attorney licensed to practice before the courts of the State of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Donald Boone.

3. On November 7, 2007, this Court issued an order to show cause requiring Respondent to file a responsive pleading by January 7, 2008.

4. I was assigned this case on November 20, 2007. Since that time I have had thirteen filings due in other matters, and have been out of the office on seven working days. Additionally, on January 29, 2007, I discovered that my copy of the petition did not include Mr. Boone's exhibits. This Court's clerk mailed me the exhibits on January 2, 2007, and I will need time to review them once they arrive. For the above reasons, I am requesting an extension of time.

5. Mr. Boone is representing himself, and he is not easily reachable for notification that I am requesting an extension of time because he is currently incarcerated.

6. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

7. Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on January 4, 2007, in San Francisco, California.

_____
Steven G. Warner
Deputy Attorney General

Req. for Ext. of Time to Respond to Pet.; Supporting Decl. of Counsel

*Boone v. Schwarzenegger*
C 07-4724 PJH

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Donald Boone v. Arnold Schwarzenegger*

No.:   U. S. D. C., N. D., SAN FRANCISCO DIV., C 07-4724 PJH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>January 7, 2008</u>, I served the attached

1. **REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PETITION; SUPPORTING DECLARATION OF COUNSEL**
2. **[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Donald Boone, D-37952**
**Correctional Training Facility**
**P.O. Box 689**
**Soledad, CA 93960-0689**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 7, 2008**, at San Francisco, California.

|  |  |
|---|---|
| J. Baker | *(signature)* |
| Declarant | Signature |

40203760.wpd