1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD W. BOONE, | C 07-4724 PJH |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| ARNOLD SCHWARZENEGGER, | |
| Respondent. | Judge: The Honorable Phyllis J. Hamilton |

   This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

   IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall respond to the petition by **February 7, 2008**. If Petitioner wishes to respond to the Answer or Motion, he shall do so by filing a Traverse or Opposition to the Motion with the Court and serving it on Respondent within 30 days of his receipt of the response.

Dated: _____        _____
                                     The Honorable Phyllis J. Hamilton
                                     United States District Judge