# EXHIBIT 1

| Insert name of court, branch court, if any, and mailing address | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO | |

PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT: DONALD WAYNE BOONE   [X] Present   [ ] Not Present

[X] JUDGMENT OF COMMITMENT TO:   [X] STATE PRISON   [ ] COUNTY JAIL
[ ] ORDER GRANTING PROBATION   [ ] AND MINUTE ORDER

CASE NUMBER: BCR 667

| Date of hearing: AUGUST 22, 1986 | Dept. No.: D-2 |
|---|---|
| Judge: RUFUS L YENT | Clerk: LORETTA WREN | Reporter: BARBARA ROELLE |
| Counsel for People: G E JENSEN | Counsel for defendant: HOWARD VAN ELGORT | Probation Officer: NP |

1. Defendant was convicted of the commission of the following crime on (Date): AUGUST 22, 1986.

| Count | Code Section | Crime | Degree | By Jury, Court or Plea (Specify) |
|---|---|---|---|---|
| 1 | PC 187 | MURDER | 2nd degree | PLEA |

2. Defendant [ ] was arraigned [XX] waived arraignment for judgment.
3. The court, having read and considered the probation report and no legal cause having been shown why judgment should not be pronounced
   a. [X] Sentences defendant to State Prison for the term prescribed by law.
   b. [ ] Specifies, pursuant to Pen. C. 1202b, the minimum term of imprisonment shall be six months as to count: . . . . . . . .
   c. [ ] Sentences defendant to County Jail for the period of (Specify number of days): . . . . . . . . . . .
   d. [ ] Suspends imposition of sentence and defendant is placed on probation for the period of: . . . . . . . . . . .
      [ ] upon conditions set forth in attachment 3d.
4. [ ] Defendant, convicted of more than one count, shall
   a. [ ] serve the sentence as to each count as follows:

   | Count | Consecutive With | Concurrent with |
   |---|---|---|

   b. [ ] serve the counts made consecutive in the following order:

5. Defendant shall serve this sentence with respect to any prior uncompleted sentence   a. [ ] concurrently.   b. [ ] consecutively.
   c. [ ] as set forth below or in attachment 5c.

6. Execution of sentence is
   a. [ ] stayed on the following count: . . . . . . . . . . . . . . . pending appeal, with the stay to become permanent when the sentence is completed as to count: . . . . . . . . .
   b. [ ] suspended and defendant is placed on probation for the period of: . . . . . . . . . . .
      [ ] upon conditions set forth in attachment 6b.
7. [ ] No allegation to enhance punishment was made in count: . . . . . . . .
8. [ ] It was alleged
   a. [ ] Defendant was armed with a deadly weapon at the time of the commission or attempted commission of the crime charged in count: . . . . . . . . . [ ] and allegation stricken as to count: . . . . . . . .

(Continued on reverse side)

This form satisfies the requirements of Penal Code 1213.5 (Abstract of Judgment and Commitment). Singular includes the plural. This form is to be used in judgments other than death. A copy of probation report shall accompany this form pursuant to Penal Code 1203c and a copy of any supplementary probation report shall be transmitted to the Department of Corrections. Attachments may be used but must be incorporated by reference.

Form Approved by the
Judicial Council of California
Effective July 1, 1976

**JUDGMENT-COMMITMENT**

Pen C. 644, 969c, 969d, 1203, 1213.5, 3024, 12022, 12022.5.

b. [XX] Defendant used a firearm in count: . . . . 1 . . . [ ] and allegation stricken as to count: . . . . . . . . .
c. [ ] Defendant was armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024
   [ ] and allegation stricken.
d. [ ] Other (Specify and indicate if stricken): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

9. [XX] The Court finds the defendant
   a. [XX] was armed at the time of commission or attempted commission of the crime with a deadly weapon within the meaning of
      (1) [ ] Pen C. 3024 as to count: . . . . . . . . [ ] but strikes the finding as to count: . . . . . . . .
      (2) [XX] Pen C. 12022 as to count: . . . 1 . . . [ ] but strikes the finding as to count: . . . . . . . .
      (3) [ ] Pen C. 1203 (Specify weapon): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
         as to count: . . . . . . . . . . . [ ] but strikes the finding as to count: . . . . . . . .
   b. [ ] was not armed at the time of commission or attempted commission of the crime within the meaning of
      (1) [ ] Pen C. 3024 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      (2) [ ] Pen C. 12022 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      (3) [ ] Pen C. 1203 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   c. [X] did use a firearm as to count: . . . . . . . . . . . . . [ ] but strikes the finding as to count: . . . . . .
      (1) [X] The use was one use for the following counts: . . . . . . . . . . . . . . . The additional penalty shall
         run consecutively to the sentence on the last count to be served.
   d. [ ] did not use a firearm as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   e. [ ] was armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024  [ ] but strikes
      the finding.
   f. [ ] was not armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024.
   g. [ ] Other (Specify and indicate if stricken):

10. [ ] Prior convictions which affect defendant's sentence were alleged and disposed of  [ ] as follows    [ ] as set forth in
    attachment 10.

| Conviction date | Jurisdiction | Crime and code Section | Applies to Count | Disposition |
|---|---|---|---|---|

11. The court finds defendant   a. [ ] is  [ ] is not an habitual criminal under Pen C. 644a.
                                 b. [ ] is  [ ] is not an habitual criminal under Pen C. 644b.

12. The court pronounced sentence on (Date): August 22 1986 and defendant was held in custody, through and including
    the date of pronouncement of sentence for (Total no. of days): 168 . . . . . . as follows

| Count | Time other than Dept. of Corrections | Dept. of Corrections Time |
|---|---|---|

13. Defendant is remanded to the custody of the Sheriff
    a. [X] For the period of (Specify no. of days): . . . . . [ ] upon conditions and recommendations set forth in attachment 13a.
    b. [XX] To be delivered  [XX] at the earliest convenient time  [ ] after 48 hours, excluding Saturdays, Sundays and holidays
       [Pen C. 1203c] into the custody of the Director of Corrections at
       (1) [ ] California Institution for Women—Frontera    (3) [XX] California Institution for Men—Chino
       (2) [ ] California Men's Facility—Vacaville           (4) [ ] Other:

14. [ ] The court requests a copy of the diagnostic study and recommendations as provided in Pen C. 1168.
15. The court advised defendant of all appeal rights as required in CRC Rule 250 and defendant acknowledged understanding them.
16. [ ] Other (See attachment 16)

Dated: 8/27/86    RUFUS L. YENT
                  (Type or print name)         (Signature of Judge of the Superior Court)

TOTAL NO. of boxes checked:

CLERK'S CERTIFICATE
I hereby certify that the foregoing is a correct copy of the original on file in my office.

Clerk of the superior Court

[Seal]   By Deborah A. Shaw _____ Deputy