# EXHIBIT 2

REPORT—INDETERMINATE SENTENCE,
OTHER SENTENCE CHOICE

FORM CR 291

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN BERNARDINO**
BRANCH **NORTH DESERT DISTRICT**

COURT I.D. **3 6 1 3 0**   **F-0040089**

CASE NUMBER(S): **BCR 667** -A, -B, -C, -D, -E

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **DONALD WAYNE BOONE**
AKA:
[X] PRESENT
[ ] NOT PRESENT

REPORT TO JUDICIAL COUNCIL OF: [XX] INDETERMINATE SENTENCE TO STATE PRISON  [ ] SENTENCE CHOICE OTHER THAN STATE PRISON

DATE OF HEARING: **8 / 22 / 86**   DEPT. NO.: **D-2**   JUDGE: **RUFUS L YENT**   CLERK: **LORETTA WREN**
REPORTER: **BARBARA ROELLE**   COUNSEL FOR PEOPLE: **G.E. JENSEN**   COUNSEL FOR DEFENDANT: **HM VAN ELGORT**   PROBATION NO. OR PROBATION OFFICER: **NP**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
   A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO DAY YEAR | CONVICTION BY JURY/COURT/PLEA | 654 STAY | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187 | murder 2nd | 86 | 8 22 86 | X (Plea) | | | | | | | | | | |

2. A. Number of prior prison terms charged and found

| SECTION | NUMBER |
|---|---|
| 667.5(a) | |
| 667.5(b) | |
| 667.6(b) | |

   B. Number of prior felony convictions

| SECTION | NUMBER |
|---|---|
| | |

3. [ ] Defendant was sentenced to death on counts ___
4. [ ] Defendant was sentenced to State Prison:
   A. [X] For life, or a term such as 15 or 25 years to life, with possibility of parole, on counts **1**
   B. [ ] For life without the possibility of parole on counts ___
   C. [ ] For other term prescribed by law on counts ___
5. [ ] Counts ___, were deemed misdemeanors.
   A. [ ] Defendant sentenced to ___ days in county jail for all counts.
   B. [ ] Defendant fined in sum of $ ___
6. [ ] For counts ___, the defendant was placed on probation.
   A. (1) [ ] Sentence pronounced and execution of sentence was suspended; or
      (2) [ ] Imposition of sentence was suspended.
   B. Conditions of probation included [ ] Jail Time ___ days  [ ] Fine
7. Other dispositions
   A. [ ] Defendant was committed to California Youth Authority.
   B. [ ] Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   C. [ ] Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   D. [ ] Proceedings suspended, and defendant was committed as mentally incompetent.
   E. [X] Other (Specify) **Special allegation of PC 12022.5 charged and found true 2 years to be served consecutive to Count 1.**

Type of Filing:
[XX] Information
[ ] Certification
[ ] Indictment
Length of Probation ___ mo.
Credit for Time S **168**

NOTE: PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTEN... THAN STATE PRISON. THE REPORTS IMPLEMENT SECTION 1170.4 OF THE PENAL CODE AND SHALL BE MAILED TO: ADMINISTRATIVE COURTS, 350 McALLISTER, 3200 STATE BUILDING, SAN FRANCISCO, CALIFORNIA 94102.

DATE: **AUGUST 26, 1986**   SIGNATURE OF CLERK: *Deborah A She*

REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE
1984 TEST VERSION