# EXHIBIT 3
# Part 1 of 3

| IS-10803-401 Rev. 3/85 (CR1) SHERIFF'S DEPARTMENT COUNTY OF SAN BERNARDINO, CA UNIFORM CRIME REPORT | 1. CODE SECTION ☒ F ☐ M 187 PC ☐ Other | 2. CRIME DEFINITION MURDER | 3. CASE NUMBER-STATION 1389000-09 |
|---|---|---|---|

| 4. ASSIGNED MO-DAY-YEAR TIME 1609 5-3-86 Sat | 5. ARRIVED MO-DAY-YEAR TIME Sat 5-3-86 | 6. BEAT 09 | 7. REPORT DIST. MORONGO STATION |
|---|---|---|---|

| 8. OCCURRED DAY-OF-WEEK/MO-DAY-YR-TIME Approx. 1600, 5-3-86 Sat | 9. REPORTED MO-DAY-YEAR TIME 1609 5-3-86 Sat | 10. LOCATION OF OCCURRENCE            CITY 7065 Alpine, 29 Palms Calif |
|---|---|---|

CODES FOR BOXES 12 & 22 ARE:     V = VICTIM     W = WITNESS     RP = REPORTING PARTY     DC = DISCOVERED CRIME     IP = INVOLVED PARTY

| 11. NAME: LAST, FIRST MIDDLE (FIRM NAME IF A BUSINESS) BOONE, NHUNG MY | 12. V | 13. RESIDENCE ADDRESS-STREET-CITY-ZIP 7065 Alpine, 29 Palms Ca | 14. RESIDENCE PHONE 619/367-1374 |
|---|---|---|---|

| 15. OCCUPATION CLERK | 16. RACE/SEX OFA | 17. AGE 40 | 18. DOB M-D-YR 4-17-46 | 19. BUSINESS ADDRESS-STREET-CITY-ZIP COMMISSARY, 29 PALMS MARINE BASE | 20. BUSINESS PHONE (   ) UNK |
|---|---|---|---|---|---|

| 21. NAME: LAST, FIRST MIDDLE (FIRM NAME IF A BUSINESS) | 22. | 23. RESIDENCE ADDRESS-STREET-CITY-ZIP | 24. RESIDENCE PHONE (   ) |
|---|---|---|---|

| 25. OCCUPATION | 26. RACE/SEX | 27. AGE | 28. DOB M-D-YR | 29. BUSINESS ADDRESS-STREET-CITY-ZIP | 30. BUSINESS PHONE (   ) |
|---|---|---|---|---|---|

| 31. SUSPECT NO. 1   LAST, FIRST MIDDLE BOONE, DONALD WAYNE | 32. RACE/SEX WMA | 33. AGE 32 | 34. HEIGHT 5-9 | 35. WEIGHT 160 | 36. HAIR Brn | 37. EYES Haz | 38. DOB M-D-Y 4-20-54 | 39. ARRESTED ☒ YES ☐ NO | 40. INTERVIEWED ☒ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|

| 41. RESIDENCE ADDRESS-STREET-CITY-ZIP 7065 Alpine, 29 Palms Ca | 42. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS |
|---|---|

| 43. SUSPECT NO. 2   LAST, FIRST MIDDLE | 44. RACE/SEX | 45. AGE | 46. HEIGHT | 47. WEIGHT | 48. HAIR | 49. EYES | 50. DOB M-D-Y | 51. ARRESTED ☐ YES ☐ NO | 52. INTERVIEWED ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|

| 53. RESIDENCE ADDRESS-STREET-CITY-ZIP | 54. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS |
|---|---|

| 55. CHECK IF MORE NAMES IN CONTINUATION   ☒ YES   ☐ NO | 56. ADDITIONAL INFORMATION  ☐ VICTIM  ☒ WITNESS  ☒ OFFICER  ☒ OTHER |
|---|---|

| 57. PHYSICAL EVIDENCE RECOVERED  ☒ YES  ☐ NO | 58. PHOTOGRAPHS TAKEN  ☒ YES  ☐ NO | 59. LATENT PRINTS LIFTED  ☐ YES  ☐ NO |
|---|---|---|

| 60. VEHICLE ☐ V ☐ S | 61. COLOR | 62. YR. | 63. MAKE | 64. MODEL | 65. BODY TYPE | 66. LICENSE | 67. STATE | 68. DAMAGE/ODDITY/ACCESSORIES |
|---|---|---|---|---|---|---|---|---|

| 69. ROBBERY | WEAPON: ☐ FIREARM ☐ CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON ☐ STRONG ARM | LOCATION: ☐ HIGHWAY ☐ CONVENIENCE STORE | ☐ OTHER BUSINESS ☐ RESIDENCE | ☐ SERV. STATION ☐ BANK   ☐ MISC. |
|---|---|---|---|---|---|

| 70. ASSAULTS | WEAPON: ☒ FIREARM | ☐ KNIFE/CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON | ☐ HANDS/FEET | ☐ SIMPLE/NO INJURY |
|---|---|---|---|---|---|

| 71. BURGLARY | ☐ NIGHT  ☐ DAY ☐ UNKNOWN | ☐ FORCIBLE ENTRY ☐ ATTEMPT BY FORCE | ☐ ENTRY-NO FORCE | ☐ RESIDENCE  ☐ VEHICLE ☐ NON-RESIDENCE (BUILDING) |
|---|---|---|---|---|

| 72. LARCENY | ☐ PICKPOCKET ☐ PURSE-SNATCH | ☐ SHOPLIFT ☐ FROM MOTOR VEHICLE | ☐ MOTOR VEHICLE PARTS ☐ BICYCLES | ☐ FROM BLDG: NOT SHOPLIFT OR MACHINES ☐ FROM COIN-OPERATED MACHINES | ☐ ALL OTHERS |
|---|---|---|---|---|---|

| 73. PROPERTY | STOLEN | STOLEN | STOLEN |
|---|---|---|---|
| TYPES & VALUES | CURRENCY, NOTES $ _____ JEWELRY $ _____ CLOTHING, FURS $ _____ OFFICE EQUIPMENT $ _____ | TV, STEREO, ETC. $ _____ FIREARMS $ _____ HOUSEHOLD GOODS $ _____ ☐ IDENTIFIABLE PROPERTY TAKEN ☐ NCIC ENTRY COMPLETED | CONSUMMABLE GOODS $ _____ LIVESTOCK $ _____ OTHER MISC. $ _____ TOTAL $ _____ |

| 74. DOMESTIC VIOLENCE   INJURIES: ☐ NONE   ☐ MINOR   ☒ MAJOR | WEAPONS: ☒ YES ☐ NO |
|---|---|

| 75. PEACE OFFICER ASSAULTED/ARSON   ☐ YES.   IF YES, COMPLETE BOXES 1, 2, 3, 4, AND 34 OR 35 ON CR-4 FORM |
|---|

| 76. SYNOPSIS |
|---|
| Suspect recently returns from overseas assignment. He and the victim (man/wife) are having marital problems. Victim comes home from work, lies down of sofa in living room. Suspect arms self with 12ga shotgun, shoots victim in chest area with both barrels of shotgun. Calls neighbor, tells of killing wife, states is going to kill himself. Neighbor calls sheriff, suspect shoots self in left chest. Is in stable condition. |

| 77. REPORTING OFFICER H.E.GONTHIER  SGT | 78. EMP. # G0995 | 79. DATE 5-5-86 | 80. REVIEWED BY            DATE | 81. ROUTED TO ☐ SUBMIT TO DA ☐ IMMEDIATE FOLLOW UP   ☐ OTHER: |
|---|---|---|---|---|

①

Booking No. __756344__        **SAN BERNARDINO COUNTY**      No. __1389000-09__

Date/Time Booked __5-4 SE/66__       **SHERIFF'S DEPARTMENT**     Arresting Agency __SBSD__

SS No. __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__        **ARREST/BOOKING APPLICATION**     Date of Arrest __5-3-86__

DDL No. __NIP__   State __—__                             Time of Arrest __1920__

| Name | Last: BOONE | First: DONALD | Middle: WAYNE | | aka or Maiden Name |
|---|---|---|---|---|---|

| Race | Sex | Age | DOB | Ht | Wt | Hair | Eyes | Place of Birth | Scars, Marks, etc. |
|---|---|---|---|---|---|---|---|---|---|
| C | M | 32 | 4-20-54 | 5-7 | 160 | BRN | HAZ | | |

Req. per 853 6PC    No. and Street          City          State          Phone No.

Address __7065 ALPINE, 29 PALMS   CA,   367-1374__

Time at address _____  Time in State __10 day__  Marital Status __MAR__  No. of Dependents __1__  Ages __7__

Employer's Name/Address __USMC   29 PALMS__  Phone __368-7200__ Job __SLSGT__   How Long? ___

No. of Prior: Arrests ___  Misdemeanor Convictions ___  Felony Convictions ___  Exconvict? ___

Currently on: Parole ___  Probation ___  Bail ___  OR Release ___  Citation Release ___  Phone ___

Name and address of PO ___

Place of Arrest __Desert Hosp   PALM SPRING__  Location of Vehicle __N/A__

License No. _____  Make _____  Color _____

Citizen's Arrest: Name _____  Address _____  Phone _____

| FIRST CHARGE | SECOND CHARGE | THIRD CHARGE |
|---|---|---|
| Code/Sect. No. 187 PC | | |
| Def. MURDER | | |
| Warrant No. | | |
| Court SBMC - 29 PALMS | | |

Holds: (Out of County Warrants, etc.) ___

Injury or illness? __SHOTGUN Wound To CHEST__  Medication required? __Yes__

Checked/Treated at Hospital? ☒ Yes ☐ No  Hospital where treated: __Desert__

| Details, Additional Charges, Special Instructions | Yes | No | NOT RELEASED PER 853.6(J) BECAUSE: (Answer all sections) |
|---|---|---|---|
| Suspect @ Desert Comm Hosp — Palm Springs. | | | The person arrested was so intoxicated that he could have been a danger to himself or to others. |
| | | | The person arrested required medical examination or medical care, or was otherwise unable to care for his own safety. |
| | | | The person was arrested for one or more of the offenses listed in Section 40302 of the Vehicle Code. |
| | | | There were one or more outstanding arrest warrants for the person. |
| | | | The person could not provide satisfactory evidence of personal identification. |
| | | | The prosecution of the offense or offenses for which the person was arrested, or the prosecution of any other offense or offenses, would be jeopardized by immediate release of the person arrested. |
| | | | There was a reasonable likelihood that the offense or offenses would continue or resume, or that the safety of persons or property would be imminently endangered by release of the person arrested. |
| | | | The person arrested demanded to be taken before a magistrate or refused to sign the notice to appear. |
| | | | Any other reason. If the person arrested was not released for one or more of the reasons specified in one or more of the above paragraphs, the ARRESTING OFFICER shall specifically state below the reason for the nonrelease. |

(2)

Arresting Officer __L. NASH__

Agency __SBSD - Homicide__



SKETCH 1
FLOOR PLAN

OR 1389000-09

N

7065 ALPINE

NOT DRAWN TO SCALE
DRAWN BY DET. R. RUFF

③

R 1389000-09

SKETCH 2

↑
N

NORTH WALL PROJECTION VIEW

7065 ALPINE



LIVING ROOM

## LEGEND

| | | | |
|---|---|---|---|
| 1 | BULLET HOLE | 8 | BLOOD |
| 2 | BULLET HOLE | 9 | VICTIM |
| 3 | BULLET HOLE | 10 | PANTS |
| 4 | BULLET HOLE | 11 | CLOTHING |
| 5 | BULLET HOLE | | |
| 6 | BULLET HOLE | | |
| 7 | BULLET HOLE | | |

NOTE: 1 THRU 7 ENTERANCE HOLES

DRAWN BY DET. RUFF
NOT TO ANY SCALE  ④

DR 1389000-09



NORTH WALL PROJECTION

SKETCH 3
PROJECTION VIEWS

BDRM 1

BED

S E W

SOUTH WALL PROJECTION

LEGEND
1 EXIT HOLE
2 EXIT HOLE
3 EXIT HOLE
4 EXIT HOLE
5 EXIT HOLE
6 EXIT HOLE
7 LEAD PROJECTILE
8 ENTERANCE HOLE

NOT TO ANY SCALE
DRAWN BY DET. RUFF



SKETCH 4

# CEILING VIEW



## LEGEND

1 ENTERANCE HOLE
2 ENTERANCE HOLE
3 ENTERANCE HOLE
4 ENTERANCE HOLE
5 ENTERANCE HOLE

NOT TO SCALE
DRAWN BY DET. RUFF

(6)

JU___ APPLICATION FOR PETITION/
INFORMATION/CONTACT REPORT

Division _1388 0160_
DR No. _1389000-09_
Deputy _M. DIMATTEO_

HEATHER FAY BOONE
2065 ALPINE ST.
9 PALMS  State CA  Zip 92277  Phone 367 1374
44 YR
VIC/ASIAN  Sex FEMALE  Age 7  Birthplace NEW JERSEY
BRN Eyes BRO  Ht. 400  Wt. 65
ALM VIST  Grade 1
rstody w/ N/A
des w/ N/A

Father DONALD BOONE Phone
Address 2065 ALPINE, 29 AALMS
Mother NHUNG BOONE Phone
Address 2065 ALPINE, 29 PALMS Zip
Stepparent N/A
Address _____ Zip

If parents out of state or whereabouts unknown, name of relative in California.
Name _____ Phone _____
Address _____ Zip _____

E IS:  ☒ VICTIM  ☐ SUSPECT
☐ OTHER (Explain) _____

Informant _____
Address _____
City _____ Phone _____
Victim _____
Address _____
City _____ Phone _____

Section No. and crime name)
le Sec. (300a) 300b 300c 300d 601 602  (circle)
of Offense 050386 / 1609
2065 ALPINE  29 PALMS
y  M. DIMATTEO
Arrested 050386 / 1609
rdian advised per 627 W & I C  YES
DONALD BOONE
050386 / 1608 BY D1046

Phone calls per W & I C 627b
1. _____
   Number    Name         Deputy    Date/Time
2. _____
   Number    Name         Deputy    Date/Time

PROBATION/CYA OFFICER _____
Number of Prior Contacts _____

SUMMARY OF CIRCUMSTANCES

THE ABOVE TIME + DATE, DONALD BOONE
T + KILLED HIS WIFE, AND ATTEMPTED TO
: HIMSELF  THE JUVENILE WAS AT A FRIEND
'E AT THE TIME OF THE INCIDENT, REFER
DR # 1389000-09

ENILE RELEASED TO JIM SMITH, DPSS/CPS FOR
?CEMENT IN A SHELTER HOME

_____

I OF JUVENILE

TODY AT JUVENILE HALL

SED TO PARENT/GUARDIAN

I Relationship
SED TO SHELTER CARE
CPS
I Address of Shelter Care Home
SED TO SCHOOL

chool and Official
IEWED AND RELEASED

n. 7/79

☒ I HEREBY REQUEST THE PROBATION OFFICER TO FILE A
JUVENILE COURT PETITION IN BEHALF OF THE ABOVE-NAMED
MINOR. I hereby certify that the facts contained herein are true to the best
of my knowledge. I will testify to these facts in court if required.

☐ INFORMATION REPORT ONLY. No petition is requested at this time
Report to be
☐ Maintained in Sheriff's Office files only
☐ Forward copy to Probation
☐ Forward copy to C P P S
☐ Other _____

_____ DEPUTY 050386
Signature         Title         Date
(MUST BE ORIGINAL SIGNATURE)

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
### COMPLAINT DESK REPORT

Date Received:

Priority: _____

Informant: Mrs. Montara          Phone: 7-4259

Address: Don    wila Alpine

Victim: Boone          Phone: 7-1374

Address: 7065 Alpine x Sullivan

Complaint: Shooting

Time Received: 1609          Time Dispatched: 1609          Time Arrived: 1617

Officer Assigned: PJ9

Beat: _____ On: _____ Off: _____ Backed: PJ7 57          Time Completed:

Disposition: DR 1389000-09    PC 187

√ Boonie NHUNG, S/Boonie, Donald

12-6743-401 Rev. 1/83



San Bernardino County
**OFFICE OF THE DISTRICT ATTORNEY**

**REPORT TO INVESTIGATING AGENCY**

_____ *NOT* _____ in Custody                                    Date _____ APR 2 8 1986

To *MORONGO S.O., DIMATTEO*    Your File No. *1386809-09*

Suspect(s) *DONALD BOONE / JEFFREY CRANE PC 242*

Victim(s) *DONALD-BOONE / JEFFREY CRANE 4-18-8(*

At the request of the undersigned officer/deputy, who has personally presented the contents of your investigative file to us, we have reviewed the investigative reports, etc., submitted by him, and we are of the opinion that a criminal prosecution should not be initiated at this time for the following reason(s):

| Code | Reason | Code | Reason |
|---|---|---|---|
| 1. | Lack of corpus | 7. | Interest of justice |
| 2. | Lack of probable cause (includes lack of evidence) | 8. | Other — Indicate the reason in the "Remarks" section |
| 3. | Inadmissable search and seizure | 9. | Referred to City Attorney |
| (4.) | Victim(s) unavailable/decline(s) to prosecute | 10. | Referred to District Attorney |
| 5. | Witness(es) unavailable | 11. | Prosecutor deferral program |
| 6. | Combined with other counts | | |

Remarks: *NEITHER DESIRES CIVILIAN PROSECUTION OF THE OTHER.*

*NOTE! PUT COPY OF THIS REPORT AND TURN-DOWN WITH DR #1386934-09*

If the deficiency or deficiencies, if any noted above are remedied and you desire to resubmit the matter for our consideration, we will be glad to review it again. However, if it is resubmitted to us, we respectfully request that it be submitted to the undersigned Deputy District Attorney, together with this report.

*William B. Sasnett, Jr.*

_____              _____
*Requesting Officer/Deputy*                      *Reviewing Deputy District Attorney*

⑦

15-2432-305 Rev. 4/78

09/03-401 (Rev. 3/85 (CR1)

SHERIFF'S DEPARTMENT
COUNTY OF SAN BERNARDINO, CA
UNIFORM CRIME REPORT

| 1. CODE SECTION | 2. CRIME DEFINITION | 3. CASE NUMBER-STATION |
|---|---|---|
| ☐ F ☐ M B-Other 13700 P.C. | Domestic Violence | 1386809-09 |

| 4. ASSIGNED MO-DAY-YEAR TIME 041886/ 2120 | 5. ARRIVED MO-DAY-YEAR TIME 041886/ 2124 | 6. BEAT 2 | 7. REPORT DIST. 004 |
|---|---|---|---|

| 8. OCCURRED DAY-WEEK/MO-DAY/TIME FRI/041886/ 2115 | 9. REPORTED MO-DAY-YEAR TIME 041886/2119 | 10. LOCATION OF OCCURRENCE 7065 ALPINE, 29 PALMS | CITY |
|---|---|---|---|

CODES FOR BOXES 12 & 22 ARE:    V = VICTIM    W = WITNESS    RP = REPORTING PARTY    DC = DISCOVERED CRIME    IP = INVOLVED PARTY

| 11. NAME: LAST, FIRST MIDDLE (FIRM NAME IF A BUSINESS) | 12. IP | 13. RESIDENCE ADDRESS-STREET-CITY-ZIP | 14. RESIDENCE PHONE |
|---|---|---|---|
| Boone, Donald Wayne | | 7065 Alpine, 29 Palms | (619) 367-1374 |

| 15. OCCUPATION Sgt. USMC | 16. RACE/SEX WM | 17. AGE 32 | 18. DOB M-D-YR 042054 | 19. BUSINESS ADDRESS-STREET-CITY-ZIP HQTR BN MCB 29 PALMS | 20. BUSINESS PHONE (619) UNK. |
|---|---|---|---|---|---|

| 21. NAME: LAST, FIRST MIDDLE (FIRM NAME IF A BUSINESS) | 22. IP | 23. RESIDENCE ADDRESS-STREET-CITY-ZIP | 24. RESIDENCE PHONE |
|---|---|---|---|
| Crane, Jeffrey | | 6161 Ocotillo, 29 Palms | (619) 367-4124 |

| 25. OCCUPATION Cpl USMC | 26. RACE/SEX WM | 27. AGE 20 | 28. DOB M-D-YR 071865 | 29. BUSINESS ADDRESS-STREET-CITY-ZIP DCO, 3RDAAV, MCB 29 PALMS | 30. BUSINESS PHONE (619) 368-6707 |
|---|---|---|---|---|---|

| 31. SUSPECT NO. 1    LAST, FIRST MIDDLE | 32. RACE/SEX | 33. AGE | 34. HEIGHT | 35. WEIGHT | 36. HAIR | 37. EYES | 38. DOB M-D-Y | 39. ARRESTED | 40. INTERVIEWED |
|---|---|---|---|---|---|---|---|---|---|
| NA | | | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |

| RESIDENCE ADDRESS-STREET-CITY-ZIP | 42. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS |
|---|---|

| SUSPECT NO. 2    LAST, FIRST MIDDLE | 44. RACE/SEX | 45. AGE | 46. HEIGHT | 47. WEIGHT | 48. HAIR | 49. EYES | 50. DOB M-D-Y | 51. ARRESTED | 52. INTERVIEWED |
|---|---|---|---|---|---|---|---|---|---|
| NA | | | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |

| RESIDENCE ADDRESS-STREET-CITY-ZIP | 54. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS |
|---|---|

| CHECK IF MORE NAMES IN CONTINUATION ☒ YES ☐ NO | 56. ADDITIONAL INFORMATION ☐ VICTIM ☐ WITNESS ☒ OFFICER ☒ OTHER |
|---|---|
| PHYSICAL EVIDENCE RECOVERED ☐ YES ☒ NO | 58. PHOTOGRAPHS TAKEN ☐ YES ☒ NO    59. LATENT PRINTS LIFTED ☐ YES ☒ NO |

| VEHICLE V & S | 61. COLOR | 62. YR. | 63. MAKE | 64. MODEL | 65. BODY TYPE | 66. LICENSE | 67. STATE | 68. DAMAGE/ODDITY/ACCESSORIES |
|---|---|---|---|---|---|---|---|---|

| ROBBERY | WEAPON | ☐ FIREARM ☐ CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON ☐ STRONG ARM | LOCATION | ☐ HIGHWAY ☐ CONVENIENCE STORE | ☐ OTHER BUSINESS ☐ RESIDENCE | ☐ SERV. STATION ☐ BANK ☐ MISC. |
|---|---|---|---|---|---|---|---|
| ASSAULTS | WEAPON: | ☐ FIREARM | ☐ KNIFE/CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON | ☐ HANDS/FEET | | ☒ SIMPLE/NO INJURY |
| BURGLARY | ☐ NIGHT ☐ DAY ☐ UNKNOWN | | ☐ FORCIBLE ENTRY ☐ ATTEMPT BY FORCE | ☐ ENTRY-NO FORCE | | ☐ RESIDENCE ☐ VEHICLE ☐ NON-RESIDENCE (BUILDING) | |
| LARCENY | ☐ PICKPOCKET ☐ PURSE-SNATCH | | ☐ SHOPLIFT ☐ FROM MOTOR VEHICLE | ☐ MOTOR VEHICLE PARTS ☐ BICYCLES | ☐ FROM BLDG: NOT SHOPLIFT OR MACHINES ☐ FROM COIN-OPERATED MACHINES | | ☐ ALL OTHERS |

| PROPERTY | | STOLEN | | STOLEN | | STOLEN |
|---|---|---|---|---|---|---|
| TYPES & VALUES | CURRENCY, NOTES | $_____ | TV, STEREO, ETC. | $_____ | CONSUMMABLE GOODS | $_____ |
| | JEWELRY | $_____ | FIREARMS | $_____ | LIVESTOCK | $_____ |
| | CLOTHING, FURS | $_____ | HOUSEHOLD GOODS | $_____ | OTHER MISC. | $_____ |
| | OFFICE EQUIPMENT | $_____ | ☐ IDENTIFIABLE PROPERTY TAKEN ☐ NCIC ENTRY COMPLETED | | TOTAL | $_____ |

| DOMESTIC VIOLENCE    INJURIES: ☐ NONE    ☒ MINOR    ☐ MAJOR | WEAPONS: ☐ YES ☒ NO |
|---|---|
| PEACE OFFICER ASSAULTED/ARSON ☐ YES    IF YES, COMPLETE BOXES 1, 2, 3, 4 AND 34 OR 35 ON CR-4 FORM |

SYNOPSIS

IP/BOONE, DONALD RETURNS FROM AN OVERSEAS
TOUR OF DUTY WITH THE USMC, AND DISCOVERS
P/CRANE WITH HIS WIFE, WIFE WITH BOONE
NHOME. BOONE _____ AND CRANE BEGIN TO
FIGHT, _____ THE RESIDENCE.
_____ NO INJURIES
TO _____ FOR DETAILS.

| REPORTING OFFICER M. DIMATTEO | 76. EMP. # D1046 | 78. DATE 041886 | 80. REVIEWED BY | DATE | 81. ROUTED TO ☐ SUBMIT TO DA ☐ IMMEDIATE FOLLOW UP | ☐ OTHER: |
|---|---|---|---|---|---|---|

(10)

SHERIFF'S DEPARTMENT
County of San Bernardino
California
CA 03600

1386805-09

REPORT AREA

008

| SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| 3700 P.L. | DOMESTIC VIOLENCE | |

| M'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| NONE | | | |

| ESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

ADDITIONAL   WITNESS

...ONE, NHUNG MY
A/ 40 YRS / 042054
65 ALPINE, 29 PALMS    367-1374

| ING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| DIMATTED INCUG | 041885 | | | | |

R ACTION:

COPIES TO:

| ☐ SD/PD | ☐ Other |
|---|---|

ES  ☐ NO

| ☐ Detective | ☐ CII | ☐ Other |
|---|---|---|

REMARKS

⑪

☐ Dist. Atty.   ☐ Patrol

-40] Rev. 1/83

SHERIFF'S DEPARTMENT
ity of San Bernardino
California
CA 03600

| | | | 1386809-09 |
|---|---|---|---|
| | | | REPORT AREA |

| GE ONE | | | |
|---|---|---|---|
| E SECTION 13700 | CRIME DOMESTIC VIOLENCE | CLASSIFICATION | |
| TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| RESS | ☐ RESIDENCE   ☐ BUSINESS | | PHONE ( ) |

1. At the above time and date I was dispatched to 7065 Alpine in 29 Palms in _____
   reference to a 242 PC mutual combat just occurred.

2. **INTERVIEW WITH BOONE, DONALD WAYNE:**

   Upon arrival I contacted a white male adult who identified himself to me as
   DONALD WAYNE BOONE. BOONE told me that he has been stationed over seas with
   the Marine Corps for the last 12 months and that he arrived at his address
   at 7065 Alpine in 29 Palms at approximately 2115 hours on 04-18-86. BOONE said
   that he was unannounced and did not tell his wife, identified as BOONE, NHUNG,
   that he was returning to the residence on that evening.

3. DONALD BOONE told me that he walked into his residence and found his wife in
   the arms of a white male adult identified as JEFFREY CRANE. BOONE said that his
   wife was wearing nothing but a bathrobe and it appeared that they were kissing
   BOONE told me that he and CRANE becaem involved in physical fight and that several
   blows were exchanged between the two subjects. BOONE told me that he was slightly
   injured and I noticed a small cut underneath his right eye. BOONE then told me
   that he seized a military I.D. caard from CRANE and that CRANE fled the residence
   on foot.

4. DONALD BOONE told me that he was not desirous of prosecution in reference a 242
   PC and advised me that he "WENT CRAZY" when he saw his wife with another man and
   was probably the subject who threw the first blow in the fight.

5. **INTERVIEW WITH BOONE, NHUNG MY:**

   I contacted an oriental female adult identified as witness BOONE, NHUNG who
   told me that she lives at 7065 Alpine in 29 Palms and gave me basically the
   same account of the incident as her husband, however the witness told me that
   she wasn't doing anything but sitting with JEFFREY CRANE on a sofa in the living
   room area of the residence when her husband walked in. Witness BOONE told me
   that she had written her husband telling him that she was going to seek a divorce
   and that her lawyer told her that she could entertain whoever she wanted in the
   residence in his absence. I noticed that the witness was dressed in only a
   bathrobe as indicated by her husband DONALD.

6. **INTERVIEW WITH CRANE, JEFFREY:**

   On 04-21-86 at approximately 1630 hours, I contacted a white male adult at the

| ORTING OFFICERS A. DiMATTEO, DEPUTY, D-1046 | DATE | REVIEWED BY | TYPED BY RM 4-25-86 | ROUTED BY | DATE |
|---|---|---|---|---|---|
| THER ACTION: ☐ YES  ☐ NO | COPIES TO: ☐ Detective ☐ Dist. Atty. | ☐ SD/PD ☐ CII ☐ Patrol | ☐ Other ☐ Other | REMARKS | ⑫ |

5184-401 Rev. 1/83

~~ty~~ of San Bernardino
California

**CA 03600**

| E TWO | | | |
|---|---|---|---|
| . SECTION | CRIME | | CLASSIFICATION |
| **13700** | **DOMESTIC VIOLENCE** | | |
| IM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |

| RESS | □ RESIDENCE | □ BUSINESS | PHONE ( ) |
|---|---|---|---|

TINUED:

6. **INTERVIEW WITH CRANE, JEFFREY:**

   Sheriff's Office in Joshua Tree who identified himself to me as JEFFREY
   CRANE.  CRANE told me that he had had a platonic relationship with BOONE
   and her daughter for the last eight to nine months, however, he denied any
   type of romantic involvement with the female subject identified as NHUNG BOONE.

7. CRANE told me that on the evening of 04-18-86 he had responded to the residence
   in order to take witness BOONE and her two daughters out to dinner to celebrate
   the witness's birthday.  He said that he was sitting on the sofa and that witness
   BOONE had just gotten out of the shower when she told him that she had something
   in her eye.  CRANE told me that he was trying to remove the object from witness
   BOONE's eye when her husband DONALD BOONE walked into the residence.  CRANE told
   me that the two subjects became involved in a physical fight, however, CRANE told
   me that BOONE had struck him two to three times with a closed before he began to
   fight back.  CRANE told me that he was not desirous of prosecution in reference
   to the 242 PC.

8. **ADDITIONAL INFORMATION/OFFICER:**

   During my interview with JEFFREY CRANE it was obvious that he was extremely
   nervous and he asked me several questions regarding what the Sheriff's Office
   roll would be in any type of prosecution for violation of uniform code of
   military justice for adultery.  I advised the subject that the military has
   in the past requested copies of civilian reports for use in any military
   proceeding, however, I was not familiar with the procedure for initiating a
   violation of uniform code of military justice.  CRANE was advised to contact
   his unit legal officer for further information.  Also, DONALD BOONE had requested
   a case number in reference to this report stating that he would use the report
   in order to prosecute CRANE for Violation of Uniform Code of Military Justice.

9. Evidence supports a violation of 242 PC, mutual combat between the two subjects,
   however, no prosecution is desired by either party.  This report is filed for
   future reference and action if investigative leads are developed.

| RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| DiMATTEO, DEPUTY D-1046 | | | RM 4-25-86 | | |
| THER ACTION: | COPIES TO: | | REMARKS | | |
| ] YES  □ NO | □ Detective  □ SD/PD  □ Other | | | | |
| | □ Dist. Atty.  □ CII  □ Other | | | | |
| | □ Patrol | | | ⑬ | |

i184-401 Rev. 1/83

# SAN BERNARDINO COUNTY
## SHERIFF

# DAILY LOG

DAY___**THURSDAY**___

DATE___**APRIL 24,**___19**86**___

SHIFT___**ALL**___PAGE___**EIGHT (8)**___

DIVISION REPORTING___**MORONGO BASIN STATION**___

COMMANDING OFFICER___**CAPT. D. KNADLER**___

| REPORT AND CASE OR FILE NUMBER | ITEM | TIME | INCIDENT DETAILS | DEPUTIES ASSIGNED |
|---|---|---|---|---|
| ..ATION OF ..RAINING ORD. 1386934-09 | 51 | 1808 1809 1810 1846 | 2 (008) P1 Mrs. BOONE, 5849 Marine Ave 29 Palms 367-6690, called to report her ex-husband BOONE DANIEL was at the residence and attempting to take their child, in violation of a restraining order. 9P-17 assigned. BOONE, DANIEL IN CUSTODY FOR VIOLATION OF RESTRAINING ORDER. | M. DIMATTEO |
| ..EBOARDS | 52 | 1827 1932 1941 1943 | 1 (002) P2 Jim CODE of Electric West Arcade at 57840 SR 62 Y.V. 365-3534, called to report two skateboarders blocking the front of his business. 9P-8 assigned. SUBJECTS GOA. | D. KING |
| BURGLARY 1386938-09 | 53 | 1829 1947 1955 2045 | 1 (004) P2 Mr. BRADSHAW of Mojave Security called to report a PC 459 past to a residence that he patrols, on Burke Wy. 9P-19 assigned. Victim FTB MICELLI, Anthony out of Sherman Oaks. SEE TYPE II PC 459 REPORT. | D. HELLER |
| ..BLE 459 | 54 | 1845 1845 1854 1909 | 1 (005) P1 Westak Alarm Systems, 619-328-3118 called to report an audible alarm at the J.T. Water Basin Warehouse at 6258 Park Bl. J.T. 9P-8 and 9D-3 and (S-1 responded. BUILDING CHECKS CODE 4, PERSON ON SCENE SUPPOSED TO BE THERE. | D. KING T. RODERICK W. HOLLOWAY |
| ..SSMENT 1386904-09 | 55 | 1856 1939 1941 1956 | 2 (008) P2 Mrs. LAMPKIN, 72518 Cactus 29 Palms 367-9784, called to report continuing harassment from a subject who she has had trouble with in the past. 9P-17 assigned. SEE SUPPLEMENTAL INFO TO DEP. MILANI'S 415, DR# 1386904-09. | M. DIMATTEO |
| ..PASSING | 56 | 1859 1930 1938 1939 | 2 (008) P2 Elaine JOHNSTON, an employee of K-B Mart in 29 Palms, called to report suspicious subjects drinking beer in the parking lot of the business. 9P-17 assigned. SUBJECTS GOA/UTL. | M. DIMATTEO |
| ..LARY 1386937-09 | 57 | 1917 1932 1950 2037 | 1 (002) P2 Kathy ZANELLA, 7542 Cibola Y.V. 365-4186, called to report a burglary to her residence. 9P-8 assigned. SEE PC 459 REPORT. | D. KING |
| . SUBJECTS | 58 | 1956 1957 1959 2030 | 2 (008) P2 Charles WOLFE, the custodian at 29 High School, 367-9591, called to report subjects on the roof of the Auto Shop at the school. 9P-17 assigned. TWO SUBJECTS INTERVIEWED ON FI CARDS. | M. DIMATTEO |

SAN BERNARDINO COUNTY
SHERIFF

# DAILY LOG

Y __FRIDAY__

TE __APRIL 25,__ 19 __86__

FT __ALL__ PAGE __ONE (01)__

DIVISION REPORTING __MORONGO BASIN STATION__

COMMANDING OFFICER __R. D. KNADLER, CAPTAIN__

| PORT AND SE OR FILE NUMBER | ITEM | TIME | INCIDENT DETAILS | DEPUTIES ASSIGNED |
|---|---|---|---|---|
| ONE | 01 | 0001 | CPL. S. URBAN             WATCH COMMANDER<br>DEP. R. OWENS             PATROL (TP)    P2<br>DEP. T. ALLEN             PATROL (YV)    P6<br>DEP. C. MENLEY           PATROL (CO)    P<br>DEP. S. FLOCK             JAIL<br>DISP. G. BLIZARD         RADIO/DESK | D. KNADLER |
| 5 | 02 | 0045<br>0047<br>0047<br>0052 | 2 (008) P2 6474 Cholla, 29 Palms. The BARTENDER from Al's Swingers 367-9069, called to report numerous subjects involved in a fight inside the bar. 9P-7, 9P-14 Assigned. PARTIES ADVISED, LEAVING THE BAR. | R. OWENS<br>C. MENLEY |
| 5.4 | 03 | 0118<br>0120<br>0128<br>0134 | 1 (005) P2 61259 SR 62, Joshua Tree. ANHUNG BOONE, calling from room #09 at the Joshua Inn 366-9901, to report that her husband was harassing her in violation of a restraining order. 9P-1 Assigned. REPORT UNFOUNDED. | T. ALLEN |
| 3<br>36942-09 | 04 | 0147<br>0148<br>0155<br>0205 | 1 (002) P2 56284 SR 62, Yucca Valley. BUNNY KRAMER, calling from the Texaco gas station 365-2500, to report the theft of beer. 9P-1 Assigned. SEE PC 488 TYPE III REPORT. | T. ALLEN |
| FM #70<br>5<br>36943-09 | 05 | 0250<br><br>0530 | TRACKS LOST IN ROCKY AREA OF COPPER MOUNTAIN. SEARCH TO RESUME AT FIRST LIGHT.<br>AVIATION NOTIFIED BY CPL. URBAN, WILL BE RESPONDING. | D. HELLER |
| NFO. | 06 | 0557 | 2 (008) P2 5737 Gamel, 29 Palms. PAT ZANER 367-6696, called to report broken beer bottles on Gamel, about 150 feet north of SR 62. COUNTY ROAD DEPT. NOTIFIED. | G. BLIZARD |
| NFO. | 07 | 0621 | 1 (001) P2 KENNETH HARPER 363-7791, called to report a dead dog lying on SR 62 near Rawson Road, Morongo Valley. UNABLE TO REACH CAL TRANS VIA 10-21. ATTENTION DAY SHIFT DISPATCH. | G. BLIZARD |
| 5 | 08 | 0630<br>0631 | 1 (001) P2 10307 No. Star Trail, Morongo Valley. FAYE RUSSELL 363-6627, called to report a domestic problem at the residence directly across the street from hers. 9P-1 Assigned. | T. ALLEN |

17

# SAN BERNARDINO COUNTY
## SHERIFF

# DAILY LOG

Y  **SATURDAY**

TE  **APRIL 26,**  19 **86**

FT  **ALL**  PAGE  **SEVEN (7)**

DIVISION REPORTING — **MORONGO BASIN STATION**

COMMANDING OFFICER **CAPT, D, KNADLER**

| PORT AND SE OR FILE NUMBER | ITEM | TIME | INCIDENT DETAILS | DEPUTIES ASSIGNED |
|---|---|---|---|---|
| LISM | 42 | 2212 2220 2225 2237 | 2 (008) P2 Mark Graham, called from 73152 Adobe Cr. 29 Palms, 367-9944, to report neighbors putting hose through his roof and getting the inside of his residence wet. 9P-17 assigned. FTB A LEAK IN HIS SWAMP COOLER, VANDALISM UNFOUNDED. | M, DIMATTEO |
| CHILDREN ENDED | 43 | 2225 2242 2244 2246 | 2 (008) P2 A male subject, who wished to remain anonymous, reported several young children were left unattended at 5849 Marine Ave 29 Palms. This was found to be the BOONE residence. 9P-17 assigned. UNATTENDED JUVENILE REPORT UNFOUNDED. CALLER BELIEVED TO BE MR. BOONE, WHO WAS REMOVED FROM RESIDENCE ON A PREVIOUS OCCASION DUE TO RESTRAINING ORDER. HE WAS SEEN DRIVING IN THE AREA EARLIER TODAY. | M, DIMATTEO |
| | 44 | 2240 2247 2253 2254 | 2 (008) P2 John BRAGG, 5530 Lupine 29 Palms 367-1031, called to report a party in his neighborhood and numerous vehicle speeding in that area. 9P-17 assigned to check. AREA CHECKS QUIET. | M. DIMATTEO |
| | 45 | 2256 2257 2302 2305 | 1 (001) P1 Greg LAWRENCE, bartender at My Place Morongo Valley, 363-7736, called to report two subjects fighting at the bar. 9P-8 and 9B-3 assigned. THE SUBJECTS WERE GONE ON DEPUTIES ARRIVAL. | D. KING |

| 16. CHECK IF APPLIES (CR1) | 1. CODE SECT. | 2. CRIME DEFINITION | 3. CASE NUMBER-STATION |
|---|---|---|---|
| SHERIFF'S DEPARTMENT COUNTY OF SAN BERNARDINO, CA UNIFORM CRIME REPORT | ☐ F ☐ M ☐ Other  273.6 P.C. | VIOLATION OF A RESTRAINING ORDER | 1366934-09 |

| 4. ASSIGNED MO-DAY-YEAR TIME | 5. ARRIVED MO-DAY-YEAR TIME | 6. BEAT | 7. REPORT DIST. |
|---|---|---|---|
| 042486/1820 | 042486/1823 | 2 | 098 |

| 8. OCCURRED DAY-OF-WEEK/MO-DAY/TIME | 9. REPORTED MO-DAY-YEAR TIME | 10. LOCATION OF OCCURRENCE   CITY |
|---|---|---|
| THURS/042486/1815 | 042486/1815 | 5849 MARINE WAY, 29 PALMS |

CODES FOR BOXES 12 & 22 ARE:  V = VICTIM   W = WITNESS   RP = REPORTING PARTY   DC = DISCOVERED CRIME   IP = INVOLVED PARTY

| 11. NAME: LAST, FIRST MIDDLE (FIRM NAME IF A BUSINESS) | 12. | 13. RESIDENCE ADDRESS-STREET-CITY-ZIP | 14. RESIDENCE PHONE |
|---|---|---|---|
| BOONE, NHUNG MY | V | 7056 ALANE, 29 PALMS | (619) 367-1374 |

| 16. OCCUPATION | 16. RACE/SEX | 17. AGE | 18. DOB M-D-YR | 19. BUSINESS ADDRESS-STREET-CITY-ZIP | 20. BUSINESS PHONE |
|---|---|---|---|---|---|
| OF | | 40 | 041746 | | |

| 21. NAME: LAST, FIRST MIDDLE (FIRM NAME IF A BUSINESS) | 22. | 23. RESIDENCE ADDRESS-STREET-CITY-ZIP | 24. RESIDENCE PHONE |
|---|---|---|---|
| FLORES, LAN PHUNG | W | 5849 MARINE WAY, 29 PALMS | (619) 367-6690 |

| 25. OCCUPATION | 26. RACE/SEX | 27. AGE | 28. DOB M-D-YR | 29. BUSINESS ADDRESS-STREET-CITY-ZIP | 30. BUSINESS PHONE |
|---|---|---|---|---|---|
| OF | | | 052453 | | |

| 31. SUSPECT NO. 1   LAST, FIRST MIDDLE | 32. RACE/SEX | 33. AGE | 34. HEIGHT | 35. WEIGHT | 36. HAIR | 37. EYES | 38. DOB M-D-Y | 39. ARRESTED | 40. INTERVIEWED |
|---|---|---|---|---|---|---|---|---|---|
| BOONE, DONALD WAYNE | WM | 32 | 509 | 160 | BRO | HZL | 042054 | ☒ YES ☐ NO | ☒ YES ☐ NO |

| 41. RESIDENCE ADDRESS-STREET-CITY-ZIP | 42. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS |
|---|---|
| 7065 ALANE, 29 PALMS | |

| 43. SUSPECT NO. 2   LAST, FIRST MIDDLE | 44. RACE/SEX | 45. AGE | 46. HEIGHT | 47. WEIGHT | 48. HAIR | 49. EYES | 50. DOB M-D-Y | 51. ARRESTED | 52. INTERVIEWED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |

| 53. RESIDENCE ADDRESS-STREET-CITY-ZIP | 54. CLOTHING AND OTHER IDENTIFYING MARKS/CHARACTERISTICS |
|---|---|
| | |

| 55. CHECK IF MORE NAMES IN CONTINUATION ☐ YES ☒ NO | 56. ADDITIONAL INFORMATION ☐ VICTIM ☐ WITNESS ☒ OFFICER ☐ OTHER |
|---|---|
| 57. PHYSICAL EVIDENCE RECOVERED ☐ YES ☒ NO | 58. PHOTOGRAPHS TAKEN ☐ YES ☒ NO | 59. LATENT PRINTS LIFTED ☐ YES ☒ NO |

| 60. VEHICLE ☐ V ☐ S | 61. COLOR | 62. YR. | 63. MAKE | 64. MODEL | 65. BODY TYPE | 66. LICENSE | 67. STATE | 68. DAMAGE/ODDITY/ACCESSORIES |
|---|---|---|---|---|---|---|---|---|
| | RED | 69 | CHEV/CHEV | | | | CA | |

| 69. ROBBERY   WEAPON | ☐ FIREARM ☐ CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON  LOCATION ☐ STRONG ARM | ☐ HIGHWAY ☐ CONVENIENCE STORE | ☐ OTHER BUSINESS ☐ RESIDENCE | ☐ SERV. STATION ☐ BANK ☐ MISC |
|---|---|---|---|---|---|
| 70. ASSAULTS   WEAPON: | ☐ FIREARM | ☐ KNIFE/CUTTING INSTRUMENT | ☐ OTHER DANGEROUS WEAPON | ☐ HANDS/FEET | ☐ SIMPLE/NO INJURY |
| 71. BURGLARY | ☐ NIGHT ☐ DAY ☐ UNKNOWN | ☐ FORCIBLE ENTRY ☐ ATTEMPT BY FORCE | ☐ ENTRY-NO FORCE | ☐ RESIDENCE ☐ VEHICLE ☐ NON-RESIDENCE (BUILDING) | |
| 72. LARCENY | ☐ PICKPOCKET ☐ PURSE-SNATCH | ☐ SHOPLIFT ☐ FROM MOTOR VEHICLE | ☐ MOTOR VEHICLE PARTS ☐ BICYCLES | ☐ FROM BLDG: NOT SHOPLIFT OR MACHINES ☐ FROM COIN-OPERATED MACHINES | ☐ ALL OTHERS |

| 73. PROPERTY | | STOLEN | | STOLEN | | STOLEN |
|---|---|---|---|---|---|---|
| TYPES | CURRENCY, NOTES | $_____ | TV, STEREO, ETC. | $_____ | CONSUMMABLE GOODS | $_____ |
| | JEWELRY | $_____ | FIREARMS | $_____ | LIVESTOCK | $_____ |
| VALUES | CLOTHING, FURS | $_____ | HOUSEHOLD GOODS | $_____ | OTHER MISC. | $_____ |
| | OFFICE EQUIPMENT | $_____ | ☐ IDENTIFIABLE PROPERTY TAKEN ☐ NCIC ENTRY COMPLETED | | TOTAL | $_____ |

| 74. DOMESTIC VIOLENCE   INJURIES: ☒ NONE | ☐ MINOR | ☐ MAJOR | WEAPONS: ☐ YES ☒ NO |
|---|---|---|---|
| 75. PEACE OFFICER ASSAULTED/ARSON ☐ YES   IF YES, COMPLETE BOXES 1, 2, 3, 4, AND 34 OR 35 ON CR-4 FORM | | | |

76. SYNOPSIS

AT THE DATE, TIME & DATE, SUS. BOONE ATTEMPTED TO CONTACT HIS DAUGHTER & WIFE IN VIOLATION OF A RESTRAINING ORDER, # BFL2279. SUS. BOONE WAS CONTACTED AT THE RESIDENCE, & WAS QUESTIONED UNDER MIRANDA. SUS. BOONE ADMITTED THAT HE HAD BEEN SERVED, & KNEW THAT HE WAS VIOLATING THE COURT ORDER. VICT. NHUNG BOONE ARRESTED THE SUS. PER 273.6 P.C.

| 77. REPORTING OFFICER | 78. EMP # | 79. DATE | 80. REVIEWED BY | DATE | 81. ROUTED TO |
|---|---|---|---|---|---|
| M. DIMETTO | 3946 | 042486 | | | ☐ SUBMIT TO DA ☐ IMMEDIATE FOLLOW UP   ☐ OTHER |

(19)

## COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA

### ORDER OF ARREST........................PRIVATE PERSON

TO: FLOYD TIDWELL, SHERIFF
~~FRANK BLAND, SHERIFF~~
COUNTY OF SAN BERNARDINO
STATE OF CALIFORNIA

PEOPLE OF THE STATE OF CALIFORNIA

vs.

_DONALD WAYNE BOONE_
DEFENDANT

You are hereby requested to take into custody the above named Defendant, he having committed a Public Offense in my presence, and hold him in the San Bernardino County Jail pending his release by Bail or Order of the Justice of the Peace.

The above named person was arrested by me under authority of Section 834, Section 837, and Section 841 of the Penal Code of the State of California.

I will further, in the interest of justice, appear in the Office of the District Attorney of San Bernardino County Courthouse in San Bernardino on ......_04 25 86_...... at 9:00 A.M. to swear to a complaint against said Defendant and will appear as a witness for the people in the Justice Court of the County of San Bernardino, in the criminal prosecution of said Defendant.

DATE: _0424_ .......... 19 _86_

TIME: ~~_____~~ A.M. _1818_ P.M.

X _Chung M Boone_
SIGNATURE OF ARRESTING PARTY

WITNESSES:

_____
Deputy Sheriff

...........................................
Deputy Sheriff

C-1703
13-6265-300

# SAN BERNARDINO COUNTY
## SHERIFF'S DEPARTMENT
### ARREST/BOOKING APPLICATION

No. _____

Time Booked _____

No. _____

No. _____ State _____

Arresting Agency _____

Date of Arrest _____

Time of Arrest _____

| | Last | First | Middle | aka or Maiden Name |
|---|---|---|---|---|
| | Boone | Dewald | | |

| | Sex | Age | DOB | Ht | Wt | Hair | Eyes | Place of Birth | Scars, Marks, etc. |
|---|---|---|---|---|---|---|---|---|---|

per 853 6PC _____

No. and Street _____ City _____ State _____ Phone No. _____

ress _____

at address _____ Time in State _____ Marital Status _____ No. of Dependents _____ Ages _____

_____ Phone _____ Job _____ How Long? _____

ployer's Name/Address _____

of Prior: Arrests _____ Misdemeanor Convictions _____ Felony Convictions _____ Exconvict? _____

rently on: Parole _____ Probation _____ Bail _____ OR Release _____ Citation Release _____

ne and address of PO _____ Phone _____

e of Arrest _____ Location of Vehicle _____

nse No. _____ Make _____ Color _____

zen's Arrest: Name _____ Address _____ Phone _____

| FIRST CHARGE | SECOND CHARGE | THIRD CHARGE |
|---|---|---|
| e/Sect. No. | | |
| | | |
| rrant No. | | |
| rt | | |

ds: (Out of County Warrants, etc.)

ury or illness? _____ Medication required? _____

ecked/Treated at Hospital? ☐ Yes ☐ No     Hospital where treated: _____

| Details, Additional Charges, Special Instructions | Yes | No | NOT RELEASED PER 853.6(J) BECAUSE: (Answer all sections) |
|---|---|---|---|

The person arrested was so intoxicated that he could have been a danger to himself or to others.

The person arrested required medical examination or medical care, or was otherwise unable to care for his own safety.

The person was arrested for one or more of the offenses listed in Section 40302 of the Vehicle Code.

There were one or more outstanding arrest warrants for the person.

The person could not provide satisfactory evidence of personal identification.

The prosecution of the offense or offenses for which the person was arrested, or the prosecution of any other offense or offenses, would be jeopardized by immediate release of the person arrested.

There was a reasonable likelihood that the offense or offenses would continue or resume, or that the safety of persons or property would be imminently endangered by release of the person arrested.

The person arrested demanded to be taken before a magistrate or refused to sign the notice to appear.

Any other reason. If the person arrested was not released for one or more of the reasons specified in one or more of the above paragraphs, the ARRESTING OFFICER shall specifically state below the reason for the nonrelease.

rresting Officer _____

gency _____

ransporting

# SAN BERNARDINO COUNTY
# DISTRICT ATTORNEY



**Dennis Kottmeier**
**District Attorney**

MORONGO BASIN DIVISION
6527 White Feather Road
Star Route 1, Box 60
Joshua Tree, CA 92252
(619) 366-3757

April 29, 1986


DONALD WAYNE BOONE
7065 Alpine
29 Palms, CA  92277



Dear Mr. Boone:

A complaint has been filed against you in the San Bernardino County Municipal Court District, MORONGO BASIN DIVISION, charging:

CODE SECTION              CHARGE

    PC 166(4)              DISOBEYING A COURT ORDER




Arraignment on this charge(s) has been set on ___TUESDAY,_____

____MAY 13, 1986_____ at 7:30 a.m. , in the San Bernardino County Municipal Court District, MORONGO BASIN DIVISION, located at 6527 White Feather Road, Joshua Tree, California.

Your failure to appear may result in a warrant being issued for your arrest.

DENNIS KOTTMEIER
District Attorney


By ___/S/ _____
Deputy District Attorney

cc:  Municipal Court
     File


  :la

(22)

In re the Marriage of BOONE, NHUNG and DONALD
ATTACHMENT TO APPLICATION

My husband has been overseas for the past year. I am afraid for my safety on his return. My husband has a past history of violent acts against me.

The last violent instance occured when he slapped me on the face. He shoved me against the wall of our house. My husband then ripped off my clothes. He unhooked a wire on my car so I could not leave.

I am working and need the 1971 Chevrolet automobile so I can get to and from work.

I am not opposed to my husband seeing our daughter. However, when my husband took our daughter away last time, I asked him how long he would be away. He said "whatever" and didn't tell me when he would return. He is a good father, but I am requesting that he advise me.

I declare the foregoing to be true and correct under penalty of perjury and this declaration was executed on March 31 , 1986 at Yucca Valley, California.

NHUNG BOONE

(23)

NAME AND ADDRESS OF ATTORNEY
Hurwitz & Fickinaer
1724 E. Palm Canyon Dr Ste. 200
Palm Springs Cal 92264

TELEPHONE NO
644-327-1127

FOR COURT USE ONLY

ATTORNEY FOR: Petitioner Nhung Boone

INSERT NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY, AND POST OFFICE AND STREET ADDRESS
Superior Court of California, County of San Bernardino
235 E. Mountain View Ave. Barstow. Ca

FILED · North Desert District
San Bernardino County Clerk

APR 23 1986

BY Neil A. Valdez
Deputy

PLAINTIFF(S), PETITIONER(S):

Nhung Boone

DEFENDANT(S), RESPONDENT(S):

Donald Boone

RECEIVED
APR 23 1986
COUNTY CLERK
NORTH DESERT DIST.
BARSTOW, CA

**PROOF OF PERSONAL SERVICE**

CASE NUMBER
BFL 2279

Hearing:  Date 5-13-86
Time 8:30 a.m.
Dept. D-1

I served a copy of the following documents    Confidential Counseling Statement
Summons
Petition
Completed + blank income + expense
O.S.C & T.R.O., Flat & Response Issued or _____
Application for Order + Supporting Declaration to O.S.C.

Person served (name):

Donald Boone

By personally delivering copies to the person served, as follows:

(1) Date X April 22, 1986 _____ (2) Time X 7:57 PM

(3) Address X 7065 Alpine Ave _____

At the time of service I was at least 18 years of age and not a party to this cause.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed
on (date) X April 22, 1986 _____, at (place) X 7065 Alpine Ave _____.

X Albert A Greer                          X Albert A Greer
    Type or Print Name                          Signature

ACIS Code
33208(02)

06-15787-301

**PROOF OF PERSONAL SERVICE**

(24)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name)*:

— HURWITZ & FLICKING            TELEPHONE NO.:  (619) 327-1
1729 E. Palm Canyon Dr., Ste. 200
Palm Springs, California 92264

FOR COURT USE ONLY

ATTORNEY FOR *(Name)*:  Petitioner, NHUNG BOONE

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**
- ☐ Central District, 351 North Arrowhead Avenue, San Bernardino, CA 92415-0210
- ☐ West District, 1540 North Mountain Avenue, Ontario, CA 91762
- ☐ Desert District, 14455 Civic Drive, Victorville, CA 92392
- ☒ North Desert District, 235 East Mountain View, Barstow, CA 92311

APR 22 1986

COUNTY CLERK
NORTH DESERT DIST.

PETITIONER/PLAINTIFF:     NHUNG BOONE

RESPONDENT/DEFENDANT:     DONALD BOONE

**ORDER TO SHOW CAUSE FOR ☐ MODIFICATION**

| | | |
|---|---|---|
| ☒☒ Child Custody | ☒☒ Visitation | ☐ Injunctive Order |
| ☒☒ Child Support | ☒☒ Spousal Support | ☐ Other (specify): |
| ☒☒ Attorney Fees and Costs | | |

CASE NUMBER:

**BFL002279**

1. TO *(name)*:  DONALD BOONE
2. YOU ARE ORDERED TO APPEAR IN THIS COURT AS FOLLOWS TO GIVE ANY LEGAL REASON WHY THE RELIEF SOUGHT IN THE ATTACHED APPLICATION SHOULD NOT BE GRANTED. *If child custody or visitation is an issue in this proceeding, Civil Code section 4607 requires mediation before or concurrently with the hearing below.*

   a. date:  5-13-86   time:  8:30 Am  in ☒ dept.:  D-1        ☐ rm.:

   b. Address of court  ☒☒ same as noted above  ☐ other *(specify)*:

3. IT IS FURTHER ORDERED that a completed Application for Order and Supporting Declaration, a blank Responsive Declaration, and the following documents shall be served with this order:
   - (1) ☐ Completed Income and Expense Declaration and a blank Income and Expense Declaration
   - (2) ☐ Completed Property Declaration and a blank Property Declaration
   - (3) ☐ Points and authorities
   - (4) ☐ Other *(specify)*:
   a. ☐ Time for ☐ service ☐ hearing is shortened. Service shall be on or before *(date)*:
   b. ☒ You are ordered to comply with the temporary orders attached.
   c. ☐ Other *(specify)*:

Date:        APR 1 1986                          L. A. SIMMONS

                                          JUDGE OF THE SUPERIOR COURT

> Notice: If you have children from this relationship, the court is required to order payment of child support based on the income of both parents. The amount of child support can be large. It normally continues until the child is 18. You should supply the court with information about your finances. Otherwise the child support order will be based on the information supplied by the other parent.
>
> You do not have to pay any fee to file responsive declarations in response to this order to show cause (including a completed Income and Expense Declaration that will show your finances). The original of the responsive declarations must be filed with the court and a copy served on the other party at least five court days before the hearing date.

| | | | |
|---|---|---|---|
| Form Adopted by Rule 1285 Judicial Council of California 1285 (Rev. July 1, 1985) | ACIS Code **37188(03)** 13-10664 301 Rev. 8 85 | **ORDER TO SHOW CAUSE** (Family Law) | Gov. Code § 36825 Civil Code, §§ 4359, 4370-4455, 4808-4809 |

(25)

CASE NUMBER

MARRIAGE OF (last name first name of party)

BOONE, NHUNG and DONALD

**APPLICATION FOR ORDER AND SUPPORTING DECLARATION OF** ☒ **PETITIONER** ☐ **RESPONDENT**
☐ **CLAIMANT** requests the following relief.

1. ☒ CHILD CUSTODY
   a. Child
      (1) Name              (2) Age

   HEATHER BOONE            6

   b. Request custody to

   Joint legal with
   primary physical to
   petitioner

   ☐ TO BE ORDERED PENDING THE HEARING
   c. ☐ Modify existing order
      (1) filed on (date):
      (2) ordering (specify):

2. ☒ CHILD VISITATION
   a. ☒ Reasonable
   b. ☐ Other (specify):

   ☐ TO BE ORDERED PENDING THE HEARING
   c. ☐ Modify existing order
      (1) filed on (date):
      (2) ordering (specify):

3. ☒ CHILD SUPPORT
   a. Child
      (1) Name              (2) Age

   HEATHER BOONE            6

   b. Support requested
      (1) Monthly amount
      $
      Per agnos

   c. ☐ Modify existing order
      (1) filed on (date):
      (2) ordering (specify):
      $

4. ☒ SPOUSAL SUPPORT
   a. ☒ Amount requested (monthly): $ Reasonable
   c. ☐ Terminate existing order
      (1) filed on (date):
      (2) ordering (specify):

   b. ☐ Modify existing order
      (1) filed on (date):
      (2) ordering (specify):

5. ☒ ATTORNEY FEES AND COSTS
   a. ☒ Fees: $ 1,000.00          b. ☒ Costs: $ 150.00

6. ☒ RESIDENCE EXCLUSION AND RELATED ORDERS          ☐ TO BE ORDERED PENDING THE HEARING
   ☐ Petitioner ☒ Respondent must move out and must not return to the family dwelling at (address):

   ☒ Taking only clothing and personal effects needed until the hearing.

7. ☒ STAY AWAY ORDERS                               ☐ TO BE ORDERED PENDING THE HEARING
   ☐ Petitioner ☒ Respondent must stay at least   100   yards away from the following places:
   a. ☒ applicant's residence (address optional):
   b. ☒ applicant's place of work (address optional):
   c. ☐ the children's school (address optional):
   d. ☐ other (specify)

8. ☒ RESTRAINT ON PERSONAL CONDUCT                  ☐ TO BE ORDERED PENDING THE HEARING
   a. ☐ Petitioner ☒ Respondent shall not contact, molest, attack, strike, threaten, sexually assault, batter,
   telephone or otherwise disturb my peace
   ☒ and the following family or household members (name).   HEATHER BOONE

(Continued on reverse)

**APPLICATION FOR ORDER
AND SUPPORTING DECLARATION
(FAMILY LAW)**

Form Adopted by Rule 1285.20
Judicial Council of California
Revised Effective January 1, 1981

Civil Code
Section 4359

(26)

APPLICATION FOR ORDER AND SUPPORTING DECLARATION (FAMILY LAW)

9. [X] PROPERTY RESTRAINT    [ ] TO BE ORDERED PENDING THE HEARING
   a. [ ] Petitioner          be restrained from transferring, encumbering, hypothecating, concealing or
   b. [X] Respondent          in any way disposing of any property, real or personal, whether community,
   c. [ ] Claimant            quasi-community, or separate, except in the usual course of business or for
                              the necessities of life.
                         [ ] and applicant be notified of any proposed extraordinary expenditures and
                              an accounting of such be made to the court.

10. [XX] PROPERTY CONTROL    [ ] TO BE ORDERED PENDING THE HEARING
   a. [XX] Petitioner [ ] Respondent be given the exclusive temporary use, possession and control of the follow-
           ing property we own or are buying:

   1971 Chevrolet automobile

   b. [ ] Petitioner [ ] Respondent be ordered to make the following payments on liens and encumbrances
          coming due while the order is in effect:
          **Debt**                **Amount of Payment**                    **Pay To**

11. [X] LAW ENFORCEMENT AGENCIES
    I request that copies of orders be given to the following law enforcement agencies having jurisdiction over
    the locations where violence is likely to occur:
    Law Enforcement Agency                                        Address
    SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT    MORONGO BASIN STATION
                                                   6527 White Feather Rd.
                                                   P.O. Box 337
12. [ ] OTHER RELIEF (specify):                    Joshua TREE Ca.
                                                   92252

13. [ ] Facts in support of relief requested and change of circumstances for any modification are (specify):
        [ ] contained in the attached declaration

I declare under penalty of perjury under the laws of the State of California that the foregoing, including any attachment,
is true and correct and that this declaration is executed on (date): . March 26 , 1986 . . . . . . . . . . . .
at (place): . Yucca Valley, Ca. . . . . . . . . . . .

NHUNG BOONE                              _(signature)_                    (27)
(Type or print name)                     (Signature of applicant)

| MARRIAGE OF *(last name – first )* of *parties)*: | CASE NUMBER: |
|---|---|
| BOONE, NHUNG and DONALD | |

### TEMPORARY RESTRAINING ORDERS
### (FAMILY LAW ATTACHMENT)

**THESE ORDERS SHALL EXPIRE AT THE DATE AND TIME OF THE COURT HEARING UNLESS EXTENDED BY THE COURT.**

1. [X] RESTRAINT ON PERSONAL CONDUCT
   [ ] Petitioner [X] Respondent shall not contact, molest, attack, strike, threaten, sexually assault, batter, telephone, or otherwise disturb the peace of *(name)*:
   [X] and the following family or household members *(name)*: HEATHER BOONE

2. [X] RESIDENCE EXCLUSION AND RELATED ORDERS
   [ ] Petitioner [X] Respondent must move out and must not return to the family dwelling at *(address)*:

   7065 Alpine Avenue, 29 Palms, Ca.

   [X] Taking only clothing and personal effects needed until the hearing.

3. [X] STAY-AWAY ORDERS
   [ ] Petitioner [X] Respondent: must stay at least 100 yards away from the following places:
   a. [X] Residence of *(name)*: NHUNG BOONE
      *(address optional)*:
   b. [ ] Place of work of *(name)*:
      *(address optional)*:
   c. [ ] The children's school *(address optional)*:
   d. [ ] Other *(specify)*:

4. [X] PROPERTY RESTRAINT
   a. [ ] Petitioner    is restrained from transferring, encumbering, hypothecating, concealing, or in any way
   b. [X] Respondent    disposing of any property, real or personal, whether community, quasi-community, or
   c. [ ] Claimant     separate, except in the usual course of business or for the necessities of life.
      [ ] and applicant is to be notified of any proposed extraordinary expenditures and an accounting of such be made to the court.

5. [X] PROPERTY CONTROL
   a. [X] Petitioner [ ] Respondent is given the exclusive temporary use, possession and control of the following property the parties own or are buying:

   1971 Chevrolet automobile

   b. [ ] Petitioner [ ] Respondent is ordered to make the following payments on liens and encumbrances coming due while the order is in effect:

   | Debt | Amount of Payment | Pay To |
   |---|---|---|

---

**VIOLATION OF THIS TEMPORARY RESTRAINING ORDER IS A MISDEMEANOR, PUNISHABLE BY A $1000 FINE, SIX MONTHS IN JAIL, OR BOTH. THIS ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS.**

*(Continued on reverse)*

Form Adopted by Rule 1285.05
Judicial Council of California
1285.05 (Rev. January 1, 1985)
13-15492-301

TEMPORARY RESTRAINING ORDERS
(FAMILY LAW)

28

RRIAGE OF (last name — first name                                    SE NUMBER.

BOONE, NHUNG and DONALD

## TEMPORARY RESTRAINING ORDERS
## (FAMILY LAW)

[X] MINOR CHILDREN
   [X] Petitioner   [X] Respondent   shall not remove the minor children
      [X] from the State of California
      [ ] other (specify)

[ . ] By the close of business on the date of this order a copy of this order and any Proof of Service shall be delivered to the law enforcement agencies listed below as follows:
[X] the applicant shall deliver.
[ ] the applicant's attorney shall deliver.
[ ] the clerk of the court shall mail.

Law Enforcement Agency                              Address

~ BERNADINO County SHERIFFS DEPARTMENT

MORONGO BASIN STATION
6527 WH.te FEATHER RD
P.O. BOX 337
Joshua TREE Cq. 92252

[ ] OTHER ORDERS

This order is effective when made. The law enforcement agency shall enforce it immediately upon receipt. It is enforceable anywhere in California by any law enforcement agency that has received the order or is shown a copy of the order. If proof of service on the restrained person has not been received, the law enforcement agency shall advise the restrained person of the terms of the order and shall enforce it.

APR 2 2 1986                    D    L. A. SIMMONS
                                     _____
                                     JUDGE OF THE SUPERIOR COURT

### CLERK'S CERTIFICATE OF MAILING

at I am not a party to this cause and that a copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope as shown in item 7, and that the mailing of the foregoing and execution of this certificate occurred at California.

_____          Clerk, by _____ , Deputy

January 1, 1985                ⊤EMPORARY RESTRAINING ORDERS
                                     (FAMILY LAW)                        Page two

29

3 May, 1986.
1340.
29 Palms, Ca.
92277

I, Donald Wayne ⬤, being of sound
mind, do hereby request the following
as my last wishes upon my death and
upon the death of my wife, Mheng
My Boone. That our daughter, Heather
Kay Boone, age 7, be given total and
physical custody to my parents, Mr. & Mrs.
James M. Boone, 43 North Poplar Street,
Gibbstown, N.J. 08027. Phone # 609-
423-2561, and that they be immediatly
notified of my death.

That all of our belongings be sold and
or otherwise given away to family members, or
be disposed of.

I cannot allow my wife to continue
to hurt people to satisfy her own needs
and destroy my daughters moral values. I
love my daughter dearly, she means the
world to me. I am sorry Heather but
you mother leaves me no choice. I love
you dearly Mom & Dad, you have

30

Dear all of you as your Management. Tell Steve, Donna, Brian & Sue, Jim, Irving, Grandma's and Aunt Hester I love all of them dearly and I'm sorry this happened. I cannot live this way so I must put an end to it.

Please see that Heather is properly taken care of for me.

I love all of you, Please forgive me.

Love As Always
Don

I respectfully request that my last will and testiment be carried out as I have stated. I wrote this in my own hand writing under no coersion by anyone. Here is my thumb print

## MASTER LEGEND

SKETCH 2

1. (ENTRANCE HOLE)
   61 INCHES ABOVE FLOOR
   61 INCHES WEST OF WEST EDGE OF HALLWAY

2. (ENTRANCE HOLE)
   43 INCHES ABOVE FLOOR
   60 INCHES WEST OF WEST EDGE OF HALLWAY

3. (ENTRANCE HOLE)
   57 INCHES ABOVE FLOOR
   41 1/4 INCHES WEST OF WEST EDGE OF HALLWAY

4. (ENTRANCE HOLE)
   46 INCHES ABOVE FLOOR
   46 INCHES WEST OF WEST EDGE OF HALLWAY

5. (ENTRANCE HOLE)
   45 1/2 INCHES ABOVE FLOOR
   45 INCHES WEST OF WEST EDGE OF HALLWAY

6. (ENTRANCE HOLE)
   45 INCHES ABOVE FLOOR
   46 INCHES WEST OF WEST EDGE OF HALLWAY

7. (ENTRANCE HOLE)
   46 INCHES ABOVE FLOOR
   36 INCHES WEST OF WEST EDGE OF HALLWAY

BODY PLACEMENT
   NORTH FROM SOUTH WALL 48" TO FOREHEAD (CENTER)
   EAST FROM WEST WALL 30" TO FOREHEAD (CENTER)
   SOUTH FROM NORTH WALL 145" TO FOREHEAD (CENTER)

(35)