# EXHIBIT 3
# Part 2 of 3

DR 138 9000-09

# MASTER LEGEND CONT

## SKETCH 3

1.  $36\frac{1}{2}$" WEST OF EAST WALL
    60" ABOVE FLOOR

2.  $30\frac{1}{2}$" WEST OF EAST WALL
    48" ABOVE FLOOR

3.  35" WEST OF EAST WALL
    $40\frac{1}{2}$" ABOVE FLOOR

4.  40" WEST OF EAST WALL
    48" ABOVE FLOOR

5.  $41\frac{1}{2}$" WEST OF EAST WALL
    $48\frac{1}{2}$" ABOVE FLOOR

6.  $41\frac{1}{2}$" WEST OF EAST WALL
    $47\frac{1}{2}$" ABOVE FLOOR

37

DR 138 9000-09

## MASTER LEGEND CONT.

### SKETCH 4

1. 42" WEST OF EAST WALL
   12" SOUTH OF NORTH WALL

2. 43" WEST OF EAST WALL
   27" SOUTH OF NORTH WALL

3. 38" WEST OF EAST WALL
   27" SOUTH OF NORTH WALL

4. 3" WEST OF EAST WALL
   20" SOUTH OF NORTH WALL

5. 28" WEST OF EAST WALL
   73" SOUTH OF NORTH WALL

DR 1389000-09

## SKETCH 5



N

# MASTER BEDROOM



*Letter (Will)*

CLOSET

CHEST DRAWER

I-O

MASTER BED

HALL

DRESSER

2-O

BATH

D

SHELL CASING (EXPENDED)   53" WEST OF EAST WALL
HELL CASING (EXPENDED)   22½" WEST OF EAST WALL
                          30" NORTH OF SOUTH WALL

41

| | CASE NO. |
|---|---|
| **SHERIFF'S DEPARTMENT** | DR 1389000-09 |
| County of San Bernardino | |
| California | REPORT AREA |
| CA 03600 | |

| DE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | SHOTGUN WOUND |

| :TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| BOONE | NHUNG | MY | |

| DRESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|

## ASSIGNMENT:

On 5-5-86, I was contacted at the Sheriff's Homicide Detail in regards to an autopsy examination being conducted at San Bernardino County Morgue on victim BOONE who had been the victim of a shooting occurring on 5-3-86 in the Morongo Basin area. I was requested to advise the investigators as to the time of the autopsy, that being 1:30 p.m. this date, however, the investigators were not available to attend so I self assigned to conduct the autopsy investigation.

## AUTOPSY EXAMINATION #588-86, 5-5-86, 1325 hours:

Persons present:

DAN GREGONIS, Sheriff's Crime Lab
Dep. TOM MOODY, Sheriff's Identification Bureau
Dep. Coroner ROCKY SHAW, San Bernardino County Coroner's office
Dr. BILL SAUKEL, Pathologist
Det. DICK PETERSON, Sheriff's Homicide Detail

## VICTIM:

BOONE, NHUNG MY
OFA, 40 yrs.
5'1", 114 lbs., Brn/Brn

## CLOTHING:

Victim wearing blue levi pants, a white bra, a gray short sleeve pullover blouse, no belt, no shoes or socks, is nail polish present on both the finger and toenails.

## JEWELRY:

There are seven yellow metal bracelet bands present on the left wrist along with a light green plastic colored band. There is a wrist watch present on the right wrist, brand name Laurus, with a black band. There are two yellow metal rings present on the right ring finger. There is two yellow metal necklaces around the neck. There are two white stone stud type earrings and a one yellow metal loop present in both the left

| RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| PETERSON, Det. P0856 | 5-7-86 | | jo 00397 | | |

| THER ACTION: | COPIES TO: | | | | REMARKS |
|---|---|---|---|---|---|
| ] YES  [ ] NO | [ ] Detective | [ ] SD/PD | [ ] Other | | |
| | [ ] Dist. Atty. | [ ] CII | [ ] Other | | |
| 184-401 Rev. 1/83 | | [ ] Patrol | | | |

(49)

| | CASE NO. |
|---|---|
| SHERIFF'S DEPARTMENT | DR 1389000-09 |
| County of San Bernardino | |
| California | REPORT AREA |
| CA 03600 | |

| DE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | SHOTGUN WOUND |

| TIM'S NAME — LAST NAME | FIRST NAME | | |
|---|---|---|---|
| BOONE | NHUNG | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| | | MY | |

| DRESS | | RESIDENCE | BUSINESS | PHONE |
|---|---|---|---|---|
| | | | | ( ) |

Page 2

## JEWELRY:— (Continued)

and right ear. There is yellow metal ankle bracelet present on the left
ankle. There is a gray/pink bikini type panties.

## EXTERNAL EXAMINATION:

1. There is what appears to be two close contact shotgun wounds to the center
left of midline of the chest. Wound #1 is located approximately 45"
above the sole of the foot, it has scalloped edges around the wound.

Wound #2 is directly below wound #1, approximately 3/4" band of skin
separating wound #1 and #2. It also has scalloped edges around the wound.

No other trauma was present to the exterior portion of the body.

## INTERNAL EXAMINATION:

There are two shot gun waddings recovered from the left chest area, along
with numerous shots from shotgun wounds. These items were recovered by
Dr. SAUKEL and turned over to the Criminalist DAN GREGONIS for further
analysis.

Wound #1 passed through the third intercostal space fracturing the fourth
and fifth ribs.

Wound #2 passed just below wound #1, masserating the heart, left lung and
aorta. There is extensive fractures to ribs two through ten posteriorly.

## HEAD EXAMINATION:

There is no trauma to the scalp, skull or the brain.

## CAUSE OF DEATH:

Shotgun wounds to chest.

Death: seconds.

Autopsy completed at 1440 hours, same persons present.

| RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| PETERSON, Det. P0856 | 5-7-86 | | jo 00397 | | |

| HER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| YES ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | |
| | ☐ Dist. Atty. | ☐ CII | ☐ Other | |
| 84-401 Rev. 1/83 | | ☐ Patrol | | |

(50)

| | CASE NO. |
|---|---|
| **SHERIFF'S DEPARTMENT** | DR 1389000-09 |
| County of San Bernardino | |
| California | **REPORT AREA** |
| **CA 03600** | |

| DE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | SHOTGUN |

| :TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| BOONE, | NHUNG | MY | |

| DRESS | RESIDENCE | BUSINESS | PHONE |
|---|---|---|---|
| 7065 Alpine, Twentynine Palms, CA | | | ( ) |

## ADVISAL:

At approximately 1634 hours, 5-3-86, I was contacted by Sergeant
STALNAKER of the Morongo Sheriff's Station who advised they had a victim
of a gunshot wound to the chest, deceased, at an address of 7065 Alpine
in Twentynine Palms. Sergeant STALNAKER further advised that the subject
was a female with the name of BOONE, NHUNG MY; she was an Oriental female
adult, 40 years of age, and that her husband is the suspect, DONALD W.
BOONE, DOB: 4-20-54. Sergeant STALNAKER advised that the suspect had
apparently to take his own life with a self-inflicted gunshot wound to
the chest area and was presently being treated at the hospital in
Twentynine Palms Marine Corps Base.

## DETECTIVE ADVISAL:

At approximately 1640 hours, 5-3-86, I made contact with Detective RUFF
and apprised him of the situation and directed him to the Twentynine Palms
area for further investigation.

At approximately 1645 hours I made contact with Detective NASH, Sheriff's
Homicide Detail, and directed him to respond to the Twentynine Palms area
for further investigation.

At approximately 1725 hours, 5-3-86, while enroute to the Twentynine Palms
area for investigation, I was advised that the victim had been transferred
to the Desert Hospital in Palm Springs, at which point I then redirected
Detective NASH via radio to respond to the Desert Hospital for investiga-
tion and suspect contact.

## ARRIVAL:

At approximately 1856 hours, 5-3-86, I arrived at the location of 7065
Alpine located in Twentynine Palms, California. Upon arrival I made
contact with the first officer at the scene, Deputy HELLER.

Deputy HELLER advises that a call was received by the Morongo Sheriff's
Station approximately 1609 hours, 5-3-86, regarding a female shot at
7065 Alpine. Deputy HELLER advises that he was the first unit to arrive
approximately 1617 hours, and that as he pulled up to the house a WMA
came out with a shotgun and he was immediately directed by officers to



| TING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| L. GONTHIER, Sgt. G0995 | 5-8-86 | | CP P1786 | | |

| THER ACTION: | COPIES TO: | | REMARKS |
|---|---|---|---|
| ] YES ☐ NO | ☐ Detective | ☐ SD/PD ☐ Other | |
| | ☐ Dist. Atty. | ☐ CII ☐ Other | |
| | | ☐ Patrol | |

5184 401 Rev 1/83

(51)

**SHERIFF'S DEPARTMENT**

County of San Bernardino
California

CA 03600

| CASE NO. | DR 1389000-09 |
| --- | --- |

REPORT AREA

| DE SECTION | CRIME | CLASSIFICATION |
| --- | --- | --- |
| PC 187 | MURDER | SHOTGUN |

| TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| --- | --- | --- | --- |
| BOONE, | NHUNG | MY | |

| DRESS | RESIDENCE | BUSINESS | PHONE |
| --- | --- | --- | --- |
| 7065 Alpine, Twentynine Palms, CA | | | ( ) |

Page 2

**ARRIVAL:** (Continued)

put the shotgun down. This subject was identified as a BRETT WAYNE MC WHIRTER.

Deputy HELLER advises that a second unit arrived with Deputy DEMATTEO and a Reserve Deputy BOSWELL.

Deputy HELLER states that the weapon was then secured by Reserve Deputy BOSWELL in one of the patrol units that were at the scene and that they then went in toward the residence.

Deputy HELLER advises that upon entering into the residence, there was a second subject identified as PAPE, THOMAS H., DOB: 11-1-64, who was taking care of a subject on a couch just inside the door. He indicates that subject, PAPE, was holding cloth to the chest of this individual and was talking to him. Deputy HELLER indicates that he observed a second couch in the room and on this couch there was a female lying on her back that appeared to be deceased and upon checking there was no vital signs available.

Deputy HELLER states that while he was in the room, the suspect, DONALD BOONE, was making statements to the affect, "I did it. I shot her. I can't take it any more. I shot VELVET, I killed her."

He indicates the subject, BOONE, continued talking throughout the time that he was being given first aid within the residence, and that the subject was talking about his daughter, HEATHER, and made a statement, "I know now she can't ruin anybody else's life."

Deputy HELLER advises the ambulance arrived at approximately 1625 hours, rendered first aid and transported the subject to Twnetynine Plams Marine Corps Base.

Deputy HELLER states that the suspect had apparently called the STONEs' residence and spoke with a BONNIE STONE, and told her that he had shot his wife. He states that the two male subjects, PAPE and MC WHIRTER, were at the STONE residence at the time the call came in and that the suspect reportedly stated, "I just killed her and I'm going to kill myself." At that time apparently Mrs. STONE had made contact with the

| RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
| --- | --- | --- | --- | --- | --- |
| H. GONTHIER, Sgt. G0995 | 5-8-86 | | CP P1786 | | |

RTHER ACTION: YES NO  COPIES TO: SD/PD, Detective, Dist. Atty., CII, Patrol, Other, Other  REMARKS (52)

| | | CASE NO. |
|---|---|---|
| SHERIFF'S DEPARTMENT | | DR 1389000-09 |
| County of San Bernardino | | |
| California | | REPORT AREA |
| CA 03600 | | |

| DE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | SHOTGUN |

| TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| BOONE, | NHUNG | MY | |

| DRESS | RESIDENCE | BUSINESS | PHONE |
|---|---|---|---|
| 7065 Alpine, Twentynine Palms, CA | | | ( ) |

Page 3

## ARRIVAL:

Sheriff's Office to advise regarding the circumstances.

Upon my arrival at the scene, other officers present included Criminalist
DAN GREGONIS; I.D. Division-Detective MOODY; Homicide-Sergeant GONTHIER,
Detective RUFF; Captain KNADLER, Lieutenant HURST, Sergeant HOLLOWAY,
Deputy HELLER were all present at the scene from the Morongo Station.

While conversing with Deputy HELLER, he indicated that the suspect had
made some statements to the persons who were rendering first aid to him
that there was a paper in the drawer that would explain the whole situa-
tion. He apparently had made this statement on more than one occasion
to those persons who were talking to him.

## DETECTIVE ASSIGNMENT:

Detective RUFF was assigned to conduct the scene investigation. Detective
MULLENS was already in the process of conducting interviews with neighbors
and other person.

At approximately 1900 hours, 5-3-86, I was advised that the older daughter,
a 20-year-old, identified by the name of HELEN, was being brought to the
Morongo Sheriff's Station, at which time I requested Detective MULLENS of
the Morongo Station to conduct an in-depth interview with her.

## VICTIM/SUSPECT BACKGROUND:

Personnel from the Morongo Station that were present indicated to me that
there has been an ongoing marital problem at this residence between Mr.
DONALD BOONE and his wife, NHUNG BOCNE. He advises that a restraining
order was in affect at the residence against Mr. DONALD BOCNE, and that
the subject had been taken out of the residence during the course of the
previous week as a result of that restraining order.

I was advised that the suspect, DONALD W. BOONE, is a sergeant in the
United States Marine Corps, just having recently returned from an overseas
assignment. I was further advised that the victim, NHUNG BOONE, dependent
wife of DONALD BOONE, had resided in the Twentynine Palms area at the
Alpine Street address and that she was employed in the commissary at the

| TING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| GONTHIER, Sgt. G0995 | 5-8-86 | | CP P1786 | | |

| HER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| YES ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | |
| | ☐ Dist. Atty. | ☐ CII | ☐ Other | |
| 184-401 Rev. 1/83 | | ☐ Patrol | | (53) |

| | | CASE NO. |
|---|---|---|
| **SHERIFF'S DEPARTMENT** | | DR 1389000-09 |
| County of San Bernardino | | |
| California | | REPORT AREA |
| CA 03600 | | |

| )E SECTION | CRIME | | CLASSIFICATION |
|---|---|---|---|
| PC 187 | MURDER | | SHOTGUN |

| TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| BOONE, | NHUNG | MY | |

| )RESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE |
|---|---|---|---|
| 7065 Alpine, Twentynine Palms, CA | | | ( ) |

Page 4

**VICTIM/SUSPECT BACKGROUND:** (Continued)

Twentynine Palms Marine Corps Base.

**DISCOVERY OF LETTER:**

Approximately 2030 hours, 5-3-86, while assisting Detective RUFF in the course of the scene investigation, I was checking the top drawer of a chest of drawers located along the north wall in the master bedroom. At the bottom of the drawer by the newspaper drawer liner, I observed two envelopes, one being from the Department of Motor Vehicles, and the second being a plain white envelope that was sealed. There was no address or other writing on the exterior of this envelope.

I had the envelopes photographs in place by Detective MOODY of the Sheriff's Identification Bureau, and the envelope was then recovered and opened by Criminalist DAN GREGONIS at which time it was determined to be a letter directing the wishes of DONALD W. BOONE.

This letter was dated 3, May, 1986, 1340 hours, Twentynine Palms, California, and started with I, DONALD WAYNE BOONE, being of sound mind, and its contents included the disposition of property throughout the house and that he desired his daughter, HEATHER, to be given total physical custody to his parents, a Mr. and Mrs. JAMES M. BOONE out of New Jersey. During the course of it, he further indicates in that letter that he could not allow his wife to hurt people to satisfy her own needs, or to destroy his daughter's morals. The letter was signed, "Love as always, DON" and there appeared to be smudges on the front and back of the single page letter that give the impression of being finger or thumb-type prints. These smudges are identified in the letter by him as being his thumb prints.

At approximately 2041 hours, Criminalist DAN GREGONIS took custody of this letter for further processing by the Sheriff's Crime Lab.

**BACKGROUND/LAW ENFORCEMENT CONTACTS WITH BOONE FAMILY:**

The following is a list of law enforcement contacts with the BOONE family, initiating on 4-18-86:

| TING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| T. GONTHIER, Sgt. G0995 | 5-8-86 | | CP P1786 | | |

| THER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ Detective | ☐ SD/PD ☐ CII | ☐ Other ☐ Other | |
| | ☐ Dist. Atty. | ☐ Patrol | | |

:184-401 Rev. 1/83

| | CASE NO. |
|---|---|
| **SHERIFF'S DEPARTMENT** | DR 1389000-09 |
| County of San Bernardino | |
| California | **REPORT AREA** |
| CA 03600 | |

| DE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | **MURDER** | | **SHOTGUN** | |
| TIM'S NAME — LAST NAME | FIRST NAME | | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| BOONE, | NHUNG | | MY | |

| DRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE |
|---|---|---|---|
| 7065 Alpine, Twentynine Palms, CA | | | ( ) |

Page 5

## BACKGROUND/LAW ENFORCEMENT CONTACTS WITH BOONE FAMILY:

1. Report #1386809-09, PC 13700, domestic violence. On Friday, 4-18-86, the first contact with the BOONE family was made by officers of the Morongo Station regarding a disturbance at the residence when DONALD WAYNE BOONE had arrived home and found his wife (victim) BOONE, NHUNG with another male subject identified as JEFFERY CRANE.

2. Restraining order, case #BFL-2279, dated April 21, 1986, by Judge L.A. SIMMONS, Superior Court judge, Barstow Division, for child custody, child support, visitation, spouse's support.

3. DR #1386934-09, PC 273.6, violation of restraining order, victim was NHUNG BOONE, suspect, DONALD WAYNE BOONE. On 4-24-86, DONALD WAYNE BOONE was located at the residence of 7065 Alpine, Twentynine Palms in violation of a restraining order of which he had a prior proof of service dated 4-23-86. It includes a citizen's arrest for signed by the victim, NHUNG BOONE, and is dated 4-24-86, at 1818 hours.

4. A letter sent to DONALD WAYNE BOONE from the District Attorney's Office dated April 29, 1986, indicating that there has been a complaint filed for 166.4, disobeying a court order and has an appearance date of 5-13-86.

5. Copy of Daily Log, Morongo Basin Station, date Thursday, 4-24-86, item #51, violation of restraining order; call received at 1808 hours.

6. Copy of Sheriff's Daily Log, Morongo Basin Station, 4-25-86; item #3, violation of restraining order, 0118 hours; disposition: report unfounded.

7. Copy of Sheriff's Daily Log, Morongo Basin Station, 4-26-86; item #43, young children unattended, 2225 hours, anonymous male subject indicates several young children left unattended; disposition: caller believed to be a Mr. BOCNE who was removed from the residence.

Copies of these items were taken for background and inclusion with this report.

| TING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| GONTHIER, Sgt. G0995 | 5-8-86 | | CP P1786 | | |

| HER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective | ☐ SD/PD  ☐ CII | ☐ Other  ☐ Other | |

(55)

| | | | CASE NO. |
|---|---|---|---|
| | SHERIFF'S DEPARTMENT | | DR 1389000-09 |
| | County of San Bernardino | | |
| | California | | REPORT AREA |
| | CA 03600 | | |

| E SECTION | CRIME | | CLASSIFICATION |
|---|---|---|---|
| PC 187 | MURDER | | HUSBAND & WIFE/SHOOTING |

| TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| BOONE | NHUNG | MY | |

| RESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|

## CALL OUT ADVISAL:

I received a phone call at my residence on Saturday, 5-3-86, at approx-imately 1640 hours, from Sgt. HUGH GONTHIER (S.B.S.D. Homicide Detail).

Sgt. GONTHIER advised me of a call out in the Twentynine Palms city limits of a husband and wife incident where the husband had reportedly shot the wife, killing her at the scene, and then turning the weapon on himself in an attempt suicide.

Sgt. GONTHIER advised me to respond to assist in that investigation, giving me the address of 7065 Alpine with a cross of Sullivan in Twentynine Palms.

## ARRIVAL AT SCENE:

On 5-3-86, at approximately 1825 hours, I arrived at the address of 7065 Alpine.

## OFFICERS PRESENT UPON ARRIVAL:

I noted the following officers and their respective divisions present upon my arrival at the scene:

    Capt. DEAN KNADLER
    Lt. HURST
    Sgt. HOLLOWAY
    Dep. HELLER, all from the Morongo Basin Station

I also noted Dep. Coroner GLEN MILLER was also present.

## ADDITIONAL RESPONDING PERSONNEL:

I noted DAN GREGONIS arriving at approximately 1825 hours, same time as my arrival.

At approximately 1835 hours, I noted Det. MULLENS arriving.

At approximately 1837 the body removal service arrived.

| RTING OFFICERS | | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|---|
| RUFF, Det. | R1468 | 5-7-86 | | jo 00397 | | |

| THER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ] YES   NO | Detective | SD/PD | Other | |
| | Dist. Atty. | CII | Other | |
| | | Patrol | | |

5184-401 Rev. 1/83

| **CASE NO.** |
| --- |
| DR 1389000-09 |

**⸱RIFF'S DEPARTMENT**

**County of San Bernardino**

**California**

**CA 03600**

| **REPORT AREA** |
| --- |

| ⸱DDE SECTION | | CRIME | | CLASSIFICATION | |
| --- | --- | --- | --- | --- | --- |
| PC 187 | | MURDER | | HUSBAND & WIFE/SHOOTING | |

| ICTIM'S NAME — LAST NAME | | FIRST NAME | | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| --- | --- | --- | --- | --- | --- |
| BOONE | NHUNG | | MY | | |

| ⸱DDRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
| --- | --- | --- | --- |

Page 2

**ADDITIONAL RESPONDING PERSONNEL:** (Continued)

At approximately 1850 hours DAVID WASDIN from C.I.D. arrived.

At approximately 1852 hours Sgt. HUGH GONTHIER from S.B.S.D. Homicide, and Dep. TOM MOODY from Sheriff's Identification Bureau arrived.

**BRIEFING:**

We received a briefing from Dep. HELLER at approximately 1854 hours, where-upon he advised that he received a call at approximately 1609 hours this date to respond to the address of 7065 Alpine in reference to a possible shooting. At approximately 1617 hours he arrived. Upon his arrival he noted a civilian later identified as BRETT WAYNE MCWHIRTER standing at the street holding a shotgun.

HELLER told me that as he arrived and exited his vehicle the second re-sponding officer also arrived, this officer having a reserve deputy with them. That reserve removed the weapon from Mr. MCWHIRTER's hands and placed it in the rear portion of the marked patrol unit for safety purposes.

HELLER told me upon his entry into the residence he met with another sub-ject who was kneeling next to the suspect holding pressure on the wound. That subject was identified as THOMAS H. PAPE.

HELLER stated in his presence the suspect made several incriminating statements to the effect that he shot his wife and then tried to kill himself with the shotgun. There were also statements made that he had written what he termed as a last will and testament explaining all the incidents. This note was left in a dresser drawer in the master bedroom.

HELLER told us that the suspect was treated by medical personnel then transported to the Twentynine Palms Marine Base dispensary for stabiliza-tion before he could be air-vac'd to the Palm Springs Hospital.

**ASSIGNMENT:**

Sgt. GONTHIER assigned me to do the interior scene investigation and to direct photos both interior and exterior to be taken. He also assigned me to document and place any items of evidence pertaining to this investi-gation.

| ⸱PORTING OFFICERS | | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
| --- | --- | --- | --- | --- | --- | --- |
| RUFF, Det. | R1468 | 5-7-86 | | jo 00397 | | |

| RTHER ACTION: | COPIES TO: | | | REMARKS |
| --- | --- | --- | --- | --- |
| ☐ YES  ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | |
| | ☐ Dist. Atty. | ☐ CII | ☐ Other | |
| | | ☐ Patrol | | |

15184-401 Rev. 1/83

(57)

FF'S DEPARTMENT

**County of San Bernardino**
**California**
**CA 03600**

| DR 1389000-09 |
| --- |
| REPORT AREA |

| IDE SECTION | CRIME | CLASSIFICATION |
| --- | --- | --- |
| PC 187 | MURDER | HUSBAND & WIFE/SHOOTING |

| CTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
| --- | --- | --- | --- |
| BOONE | NHUNG | MY | |

| DRESS | RESIDENCE | BUSINESS | PHONE ( ) |
| --- | --- | --- | --- |

Page 3

**ASSIGNMENT:** (Continued)

   Prior to entering the scene I directed photographs be taken from all angle
of the residence exterior by Dep. MOODY.

**ENTRANCE INTO SCENE:**

   I found the residence at 7065 Alpine to be that of a three bedroom residenc
located on the east side of a north/south street in the rural area of
Twentynine Palms adjacent to some foothills.

   The front door of this residence was open and faced westbound.    Upon
examination of the front door the outside portion of the door handle
locking mechanism was locked, however, the door handle could be turned
from the interior portion.

   Upon entrance into the residence I noted a loveseat sitting at the north
wall of this residence.   The loveseat is of early American type style
with a multi-colored brown and gold floral design.   Located on top of
the backrest of the loveseat were four round pillows, two white and two
red, in the center was a multi-colored stuffed pillow having a black
background with gold border,  a picture type design on the front portion
and the work Alaska printed on it.   It should be noted there was blood
on the seat portion of this loveseat.   There were several items of clothing
stacked on the loveseat and on the floor adjacent to it.

   Directing attention to the north wall directly behind and above the love-
seat, I noted there to be approximately seven entrance holes, some of
which appeared to go through the pillows, dragging the stuffing from the
pillow into the hole itself which helped tend to show direction. Around
these holes in an unremarkable pattern were several small drops of blood
and tissue attached.

   Turning my direction to the  WEST wall of the living room, directly
underneath the front window, I noted a sofa affair, same similar descrip-
tion as the loveseat, early American style, same color, having a large
multi-colored brown-tan and white afghan draped across the back.   Lying
on  the seat portion of this sofa with the head in the southerly direction,
feet extended outward from the body in a northerly direction apart
several inches was the female victim lying on her back, (face up) with

| PORTING OFFICERS | | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
| --- | --- | --- | --- | --- | --- | --- |
| RUFF, Det. | R1468 | 5-7-86 | | jo 00397 | | |

| RTHER ACTION: | COPIES TO: | | | | REMARKS |
| --- | --- | --- | --- | --- | --- |
| ☐ YES   ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | | ㊹ |
| | ☐ Dist. Atty. | ☐ CII | ☐ Other | | |
| | | ☐ Patrol | | | |

15184-401 Rev. 1/83

CASE NO.

S____F'S DEPARTMENT

County of San Bernardino
California

CA 03600

DR 1389000-09

REPORT AREA

| E SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | HUSBAND & WIFE/SHOOTING |

| TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| BOONE | NHUNG | MY | |

| IRESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|

Page 4

ENTRANCE INTO SCENE: (Continued)

her left arm extended down parallel to her torso, bent at the elbow with
the left hand resting mid-portion of the upper breast. The right arm
was extended outward from the body into the center of the living room,
wrist up. The body was wearing a gray pullover type shirt, blue jeans
with the lower portion of the shirt pulled up leaving the belly exposed.
The mid-portion of the mid-torso around the stomach area was a large
dark blood stain.(very fresh)

Upon examining the body at a little closer distance, there were apparent
gunshot powder residue visible on the mid-portion of the stomach and
shirt in the blood pattern. Upon examining the legs and front portion
of the pants, there was a wet stain at the left lower side of the crotch,
appearing to be blood. There were minute, what appear to be blood drops,
throughout the legs of the pants and on the top of both feet.(indicating
the victim in a prone position when shot)

Upon checking the backrest portion of this sofa, there was a notable
blood pattern which appeared to be high velocity.(indicative of a gunshot)

The remaining portion of the interior of the living room appeared very
neat and well kept.

Walking through the living room into the dining room area there was a
small dining room table with several pieces of paper scattered about
the top. Looking north into the kitchen I noted there no signs of a
struggle or attempt entry through the exterior windows. The cupboard
had two paper bags full of groceries, some of which were produce items
and fresh baked goods. There were packages of fresh meat present also
in these bags. Also located in the paper bags was a receipt from the
Twentynine Palms Marine Corp Commissary with a date and time. The
receipt is dated 5-3-86, 3:16 p.m.

Looking down the hall in a northerly direction the hall shows no signs
of struggle. The hall virutally empty with the exception of two suitcases
located approximately mid-portion against the East wall.

Upon entering into the bedroom designated #1, which is located on the
north side of the living room, standing at the doorway of this bedroom

| ORTING OFFICERS | | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|---|
| RUFF, Det. | R1468 | 5-7-86 | | jo 00397 | | |

| THER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| YES   NO | Detective | SD/PD | Other | |
| | Dist. Atty. | CII | Other | (54) |
| | | Patrol | | |

5184-401 Rev. 1/83

**SHERIFF'S DEPARTMENT**

County of San Bernardino
California

CA 03600

DR 1389000-09

REPORT AREA

| CODE SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| PC 187 | MURDER | HUSBAND & WIFE/SHOOTING |

| VICTIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| BOONE | NHUNG | MY | |

| ADDRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

Page 5

## ENTRANCE INTO SCENE:  (Continued)

looking interior to the south wall I could observe six obvious exit Holes of that wall with torn plaster board and irregular edges around each hole. There was a moderate amount of plaster strung about the floor and bed covers of this bedroom. Located on the north wall of this bedroom I located one single entry hole which documented in scene diagram #3.

Located on the floor directly in front of the closet door, approximately mid-portion, I located a lead colored metal object believed to be a projectile from the shotgun blast.

It should be noted all items of physical evidence had been located and documented in place by measurement and photograph depicted in crime scene sketches.

Bedroom #2 is located in the northwest portion of this residence. Upon checking the interior portion of this bedroom I saw no obvious signs of evidence pertaining to this crime, however, the room was photographed, documented as to size and location, depicted in crime scene sketches.

Upon entering into the master bedroom area I noted there to be two expended 12 gauge shells lying on the floor both north and south of the master bed. Located on the bed I saw a small piece of gold metal appearing to be that of a portion of an earring. Located on the south side of the bedroom on the floor I noted a small chain appearing to be a portion of a safety chain off of a watch or a very fine necklace type chain. There was also a couple of pieces of what appeared to be gold jewelry, the type similar to cursory writing such as a name that had possibly been broken in half.

All of the above items listed were documented in place by photographs and the shells were documented in place also with measurements and a sketch as seen in crime scene sketches.

Further checking of the bedroom and the one half bath adjacent to the bedroom, I noted there to be no signs of struggle or obvious evidence present.

| REPORTING OFFICERS | | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|---|
| RUFF, Det. | R1468 | 5-7-86 | | jo 00397 | | |

| FURTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective ☐ Dist. Atty. | ☐ SO/PD ☐ CII ☐ Patrol | ☐ Other ☐ Other | 60 |

5184-401 Rev. 1/83

F'S DEPARTMENT

County of San Bernardino

California

CA 03600

DR 1389000-09

REPORT AREA

| DE SECTION PC 187 | CRIME MURDER | CLASSIFICATION HUSBAND & WIFE/SHOOTING |
|---|---|---|

| TIM'S NAME — LAST NAME BOONE | FIRST NAME NHUNG | MIDDLE NAME MY | (FIRM NAME IF BUSINESS) |
|---|---|---|---|

| DRESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

Page 6

## ENTRANCE INTO SCENE: (Continued)

Prior to conclusion of the investigation in the master bedroom, a last will and testament (written form) was located by Sgt. HUGH GONTHIER in the top drawer of a chest of drawer located on the north wall of this master bedroom. The letter was in the top drawer underneath some newspaper as told by the suspect.

This item was collected by St. HUGH GONTHIER in my presence.

Prior to conclusion of the scene investigation on the interior portion of this residence, I checked all trash cans and medicine cabinets for any other indications of physical evidence (and found none).

Prior to concluding the scene investigation at this residence, I conducted a walk-around from the exterior of the structure. I noted all window screens in place intact. I noted all windows to be shut and locked from the interior side. The doors appeared in good repair and locked from the interior. Sliding glass door located in the dining room, south wall, was absent any locking mechanism, however, did have a large stick in place preventing the sliding glass door from opening. On the exterior side of this sliding glass door I noted the metal framed sliding screen door to be bent and in bad repair, however, was stuck in the closed position.

Upon checking the garage for further indications of victim's or physical evidence, I noted there to be parked in the garage a red Chevy Super Sport bearing California license ARAT396.

## EXTERIOR CHECK:

After conducting the walk around the structure, I noted there to be a small camper shell located in the west portion of the rear yard. I asked Sgt. HUGH GONTHIER to make an interior check of that camper shell to ascertain if there was any physical evidence present. I was advised by Sgt. GONTHIER there was none only indication someone had been staying in there recently.

| PORTING OFFICERS RUFF, Det. | R1468 | DATE 5-7-86 | REVIEWED BY | TYPED BY jo 00397 | ROUTED BY | DATE |
|---|---|---|---|---|---|---|

| IRTHER ACTION: | COPIES TO: | | REMARKS |
|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective  ☐ Dist. Atty. | ☐ SD/PD  ☐ CII  ☐ Patrol | ☐ Other  ☐ Other |

15184-401 Rev. 1/83

| | CASE NO. |
|---|---|
| **SHERIFF'S DEPARTMENT** | DR 1389000-09 |
| County of San Bernardino | |
| California | **REPORT AREA** |
| CA 03600 | |

| DE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| PC 187 | MURDER | | HUSBAND & WIFE/SHOOTING | |

| :TIM'S NAME — LAST NAME | | FIRST NAME | | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|---|---|
| BOONE | NHUNG | | MY | | |

| DRESS | | RESIDENCE | | BUSINESS | | PHONE ( ) |
|---|---|---|---|---|---|---|

Page 7

**NOTE:**

For better description, placement, and documentation of location of evidence see crime scene sketches and photographs.

It should be noted in the hall there was a linen closet on the west wall between bedroom #1 and bedroom #2. As depicted in crime scene #3 item #8 was an entrance wound from bedroom #1 leading into this hall closet. Item #8 is connected to an exit wound hole in the upper portion of this linen closet. It communicates to the NORTH wall where a lead colored metal projectile or object was embedded in the plaster board. This item was photographed in place prior to collection by Criminalist DAN GREGONIS.

**COLLECTION OF EVIDENCE:**

While at this residence, 7065 Alpine, I directed Criminalist DAN GREGONIS to collect items of physical evidence which were to be submitted to the Sheriff's Crime Lab for analysis and comparisons. It should be noted that a small cut section of material was taken from thepants worn by the female victim, this was done by Criminalist GREGONIS.

**BODY ROLLED:**

On Saturday, 5-3-86, at approximately 2020 hours, the body was rolled by Coroner MILLER.

The body was subsequently removed from the residence by the TRANSPORT service at the direction of Coroner MILLER at 2023 hours.

| ORTING OFFICERS | | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|---|
| RUFF, Det. | R1468 | 5-7-86 | | jo 00397 | | |

| THER ACTION: | COPIES TO: | | | REMARKS | |
|---|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | | |
| | ☐ Dist. Atty. | ☐ CII | ☐ Other | | |
| 5184-401 Rev. 1/83 | | ☐ Patrol | | | |

| | | | CASE NO. |
|---|---|---|---|

**SHERIFF'S DEPARTMENT**
**County of San Bernardino**
**California**
**CA 03600**

DR#1389000-09
REPORT AREA

GE ONE

| E SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| 187 | MURDER | SHOTGUN/DOMESTIC VIOLENCE |

| IM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| ONE, NHUNG MY | | | |

| RESS | [X] RESIDENCE | [ ] BUSINESS | PHONE |
|---|---|---|---|
| 55 Alpine, 29 Palms, CA (2277 | | | (619) 367-1374 |

## S U P P L E M E N T A L

**SIGNMENT:**

On 5-3-86, at approximately 1825 hours, I and Deputy D. GIERTZ, were assigned by Captain KNADLER to meet the Central Homicide Detective and the suspect, DONALD BOONE, at Desert Hospital in Palm Springs. We were to assist the detective with anything he needed.

**RIVAL AT SCENE:**

Arrived at Desert Hospital at 1905 hours and went immediately to the emergency room and made contact with homicide detective, LIONEL NASH.

Suspect BOONE was awake and coherent and was speaking to Detective NASH when we arrived.

**CTOR STATEMENT:**

Doctor ANDRE FRANKENBERG was the emergency room doctor who worked on BOONE after he had arrived. Doctor FRANKENBERG states that BOONE made no statements to him.

Doctor FRANKENBERG states that the suspect was transported to Desert Hospital via a Marine Corps Medi-Vac helicopter. When asked where the clothing was that the suspect had on when he arrived, the doctor stated that the only clothing the suspect had was one half of a tee shert and that it was removed and placed in the trash barrel.

**FICER'S OBSERVATIONS:**

At 1930 hours, suspect BOONE was removed from the E.R. and taken to the 2nd I.C.U. unit, Room #3122. Deputy GIERTZ accompanied BOONE to his room.

Detecgive NASH and I went through the trash barrels in the emergency room to retrieve the tee shirt that belonged to BOONE. After locating, what appeared to be a bloody tee shirt, the doctor stated that it was, in fact, the shirt belonging to BOONE. I then received a phone call from Sgt. STALNAKER, Morongo Basin Station to meet with a Baker Unit at Indian Avenue and Highway 62 to get a G.S.R. Kit for Detective NASH.

At approximately 2030 hours, Det. NASH used G.S.R. Kit #1599 to recover residue from Suspect BOONE'S right hand. At 2105 the I.C.U. nurse replaced the tube that was in BOONE''S nose as he had pulled it out.

| RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| WEBB, Res. Dep. W0664 | 5-3-86 | | JH/5-5-86 | | |

| THER ACTION: | COPIES TO: | [ ] SD/PD | [ ] Other | REMARKS |
|---|---|---|---|---|
| [ ] YES [ ] NO | [ ] Detective | [ ] CII | [ ] Other | |

**SHERIFF'S DEPARTMENT**

County of San Bernardino
California

**CA 03600**

| | CASE NO. |
|---|---|
| | DR#1389000-09 |
| | REPORT AREA |

AGE TWO

| DE SECTION C. 187 | CRIME | CLASSIFICATION |
|---|---|---|

| TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| OONE, NHUNG MY | | | |

| DRESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|

**DDITIONAL SUSPECT STATEMENTS:**

At 2108 hours, as Deputy GIERTZ and I were standing in BOONES room, suspect BOONE made the spontaneous statement:

> Quote, IT IS SUCH A HARD THING TO LIVE WITH, TO FIND YOUR WIFE WITH ANOTHER MAN. I KNOW I DID A TERRIBLE THING. A GUY CALLED MY HOUSE AT 1:00 THIS MORNING, THE GUY JEFF CRANE, HE JUST WOULD NOT LEAVE US ALONE, unquote.

At this time, BOONE asked me to get the nurse because he was experiencing extreme pain in his back. At 2110 BOONE was given 50mg of Demerol for the pain. Suspect BOONE continued talking, saying:

> Quote, I DON'T KNOW WHAT EVER MADE ME DO IT. THE LAW IS SO UNFAIR unquote.

t 2118 hours the nurse entered BOONE'S room to check on some I.V. equipment and BOONE asked the nurse quote, WHAT IS THE EXTENT OF MY INJURIES?" The nurse told him that he had a hole in his chest.

After the nurse left the room, I asked BOONE:

Q: WAS THAT YOUR GUN?
A: YEA.
Q: DO YOU OWN IT?
Q: YES.
Q: WAS IT IN THE HOUSE AT THE TIME OR DID YOU HAVE TO GO GET IT?
A: NO , IT WAS IN THE HOUSE.
Q: WHERE IN THE HOUSE?
A: IN THE BEDROOM, IN THE CLOSET.
Q: WHERE DID YOU KEEP THE AMMUNITION?
A: IN THE DRAWER, IT WAS IN A PAIR OF SHOES, SOME OLD MILITARY SHOES, BUT WHEN I WAS GETTING MY THINGS I HAD TAKEN THEM OUT AND PUT THEM IN THE TOP DRAWER OF THE DRESSER.
Q: WHICH SIDE?
A: LIKE UNDER SOME PAPERS, SOME NEWSPAPER, YOU KNOW, THAT LINES THE BOTTOM OF THE DRAWER.
Q: WHICH HAND DID YOU USE TO PULL THE TRIGGER WITH, ON YOURSELF?
A: I THINK MY RIGHT HAND. I THINK I HAD TO SET THE STOCK ON THE FLOOR, THE GUN WAS UPSIDE DOWN, PUT THE BARREL TO MY CHEST AND PULLED THE TRIGGER.

| PORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| . WEBB, Res. Dep. W-0664 | 5-3-86 | | JH/5-5-86 | | |

| RTHER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| YES NO | Detective | SO/PD CII | Other Other | |

| | | CASE NO. |
|---|---|---|
| **SHERIFF'S DEPARTMENT** | | DR#1389000-09 |
| **County of San Bernardino** | | REPORT AREA |
| **California** | | |
| **CA 03600** | | |

AGE THREE

| DE SECTION | CRIME | | CLASSIFICATION | |
|---|---|---|---|---|
| C 187 | | | | |

| :TIM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| OONE, NHUNG MY | | | |

| DRESS | RESIDENCE | BUSINESS | PHONE ( ) |
|---|---|---|---|
| | | | |

**DDITIONAL SUSPECT STATEMENTS:** (Continued)

Suspect BOONE then made a spontaneous statement, saying:

> Quote, BEEN AWAY A WHOLE YEAR. SHE WAS FORTH YEARS OLD AND THIS GUY
> WAS TWENTY YEARS OLD, JUST DON'T UNDERSTAND WHAT SHE WAS DOING.
> NOBODY WOULD HELP. BASE WOULDN'T HELP BECAUSE IT WAS OUT IN
> TOWN. SHERIFF'S WOULDN'T DO ANYTHING, JUST LIKE I WAS THE ONE
> SHE WALKED IN AND CAUGHT. I WAS WILLING TO FORGIVE AND FORGET,
> TO DO ANYTHING. SOMETHING LIKE THAT JUST EATS YOUR MIND AWAY.
> SHE WOULDN'T EVEN BUDGE AN INCH. I DON'T EVEN HAVE ENOUGH
> MONEY TO AFFORD A LAWYER. WHY DON'T YOU JUST TAKE ME. SHE
> DIDN'T EVEN HAVE THE DECENCY NOT TO DO IT IN FRONT OF MY
> DAUGHTER. NOT EVEN THE DOGGONE DECENCY.: unquote

I, again, questioned BOONE, asking:

Q: WAS SHE LAYING ON THE COUCH WHEN YOU SHOT HER?
A: YEAH.
Q: DID YOU SHOOT HER ONCE OR TWICE?
A: TWICE.
Q: ONCE WITH EACH BARREL?
A: YEAH, KINDA HAD A HAIR TRIGGER ON IT. I THINK BOTH WENT OFF AT THE SAME TIME,
   BUT I DON'T REMEMBER NOw.
Q: ABOUT WHAT TIME DID YOU SHOOT HER?
Q: MAYBE ABOUT 1600 HOURS.

No other questions were asked suspect BOONE, and no more statements were made by him.

Present when statements were made and when questions were asked were Deputy W. WEBB
and Deputy D. GIERTZ. Statements and questions were also taped.

**ISPOSITION:**

Deputy GIERTZ and I were relieved by Deputy W. BOSWELL at 2135 hours on 5-3-86.

| PORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| '. WEBB, Res. Dep, W-0664 | 5-3-86 | | JH/5-5-86 | | |

| RTHER ACTION: | COPIES TO: | | REMARKS |
|---|---|---|---|
| YES    NO | SD/PO    Other | | (ᴓ5) |
| | Detective    CII    Other | | |

| | | CASE NO. |
|---|---|---|
| **SHERIFF'S DEPARTMENT**<br>**County of San Bernardino**<br>**California**<br>**CA 03600** | | DR#1389000-09<br>**REPORT AREA** |

| SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| 187 | MURDER | SHOTGUN/DOMESTIC VIOLENCE |

| IM'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| )NE, NHUNG MY | | | |

| RESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

### S U P P L E M E N T A L

**SIGNMENT:**

At approximately 1609 hours, Saturday, 5-3-86 I was assigned to go to the residence located at 7065 Alpine, 29 Palms, CA where a subject had shot his wife and was going to shoot himself.

Upon arrival at the above location, I observed DONALD BOONE sitting on a sofa in the livingroom of the residence. DONALD BOONE had a gunshot wound to his left chest area and a female adult, later identified as DONALD BOONE'S wife, was deceased on the sofa in the livingroom.

When the ambulance arrived and the attendants were giving emergency medical care to Mr. BOONE I heard DONALD BOONE tell the attendants that he just shot his wife then lay down beside her, then came back to the sofa, sat down and shot himself.

Mr. BOONE was then explaining that he wrote a letter. He stated the letter explained everything and the letter was in the bottom of a dresser drawer in the bedroom of the residence.

The above statements made by DONALD BOONE in my presence and unsolicited. I did not ask Mr. BOONE any questions.

| ORTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| L. HOLLOWAY, SERGEANT H-2162 | 5-3-86 | | JH/5-5-86 | | |

| THER ACTION: | COPIES TO: | | REMARKS |
|---|---|---|---|
| ☐ YES ☐ NO | ☐ Detective | ☐ SD/PD  ☐ CII | ☐ Other  ☐ Other |

REPRODUCED AT GOVERNMENT EXPENSE

DHS

R1389000-09

-1-

UNITED STATES MARINE CORPS

RECEIVED
MAY 28 1986

S Sgt. Boone                                        4/29/86

You Know who I am Because we Met
in Your House. Velvet & I STARTED Seeing
Each other on The 15th Day of June 1985
Velvet Spent 2 weeks Coming After Me
From the Beginning of June 85. At The Same
time these two weeks She Had just Met
My Roommate 4th SHAWN CROCKER. They Saw Each
other From The Beginning of June until
the 15th of June. and all this time
She was using My Roommate. She was
Trying to get Me to Come to her house and
Spend the Night, to Eat Picnics at 2 PM
in the Morning.. She took Shawn to
the Swapmeet in LA. and He Spent 300.00
on Her. That Night they Came Home &
Had ORAL Sex on the living Room Floor
& Then Straight Sex Velvet Confessed this
to Me & My Roommate also told Me the
Same thing, Velvet told Shawn to Leave
Her House on The 15th During the Day
So I Could Come Back During the Night
& Park My Motorcycle in the garage
That Night We Went into Her Room
and had About 2-3 hours of Sex
and at this point it Continued. When
August Came Around I Moved in with
her because I lost the Keep
Apartment I Lived at My House But
but Still Spent the Night & had Sex
with Her. The Night You Came Home

(67)

REPRODUCED AT GOVERNMENT EXPENSE

... take
Her out to Dinner Just Like the
Card Said. Thats when You AND I
First Met. @Velvet & I HAD every-
kind of Sexual Fantasy You Could
Imagine. I'll Tell you straight out
Now. I Fell in Love with Your wife
with all My Heart. I Saw You two
in the Park Today with Your
arm Around Her She Broke
My Heart. The Nice thing about it
I was gone all Day Today At
Barstow Because She Sent me to
get the Restraining orders to get
You out of the House today. I sat
with the Chief of Police, Supreme
court Judge etc. to get you out
of the House today. She used me
Just Like the rest I will call
later.

68

REPRODUCED AT GOVERNMENT EXPENSE

During our relationship she told
me many things about herself + you.
she mentioned you would Rather Jerk
off to A Magazine in the Bathroom
Then to make love to her. You hated
oral Sex. and I fullfilled her sexual
needs.. Now to tell you about her
Past. I'm Not the only one who had Sex
with her (Made love) The Rest of the
ass holes Just fucked her They Didn't
care I Did'. She told Me How Miserable
her life was with you + That She was
going Divorce you. She also Talked about
How You + Her Met the Same way + She
Hurt Her X-Husband Ronald Fullew The
Same way She Hurt You For a while. Just
Remember How You were a little Corp.
Just like Me + You Helped fuck over
Ronald Just like I with Carlos
I'm In Your Same Shoes as You were
~~last~~ 9 years

(69)

REPRODUCED AT GOVERNMENT EXPENSE

now to her the ... the one
we. befor, & the Most recent one
's one of your good buddies from 3rd tank
.Sgt Steve Woolfield He went out
with Velvet for 2 years on & off.
st April when you left for Japan
Your wife was Sick in bed from
her Historectmy operation. St A few
Days After you left Steve Woolfield
all Drunk & Everything broke into
he house through the Kitchen Sink Window
Velvet Walked out Naked only to See
Steve coming through the window. She
told Me About Some of her Sexual
encounters with Him also. She also
had on A Affair with Lt. Lyons of 3rd tank
another one was a L'Cpl Dace? 5/11
When Base. He lived with her a week
Every night. had Sex Shortly after you left
for Japan. & they told her He would not
get Touched. She Said She loved him

REPRODUCED AT GOVERNMENT EXPENSE

nother person she went out with was
some 54 year old Fuck that was her
x Comissary Main Boss. She told Me about
Her Fling. With Him & sex Etc. ~~Ther~~
His Name Was A Mr. Moore. There
were others But I Can't Remember their
Names. She also told Me About
Her affairs with all her girlfriends
at Parris Island with other Men
I took Velvet in Fell in love with
Her & was going to Do Anything for her
To Help Straighten out things So she would
be these things again. She went out
on Me Even when I was home on Leave
& I found out My self she told Me
she Didn't Go out with anyone. I gave her
nother Chance Because I love Her &
always will. She also told Me she
could never Be happy with You. ?
I'm Telling You all This Because She Broke
My Heart and I will Be giving one

REPRODUCED AT GOVERNMENT EXPENSE

to My Command, Your Command and
to the Sheriffs office. I Just
Don't Care any more, She Hurt Me.
Furthermore they Can Send Me to
Jail. Discharge Me I Don't Care
any more, that's why I'm giving
you this. I've Never Done Velvet
any Harm or I never Did Anything
to Deserve this. I Hope It all
_____ with Me So No one Else gets
Hurt again. I will also Be giving
You + Every one Else Exploited Pictures
of Velvet, and ones of Me + Her
together

LCpl _____ Crone
J. Co. 3rd _____

# CERTIFICATE OF DEATH
## STATE OF CALIFORNIA

| STATE FILE NUMBER | 1A. NAME OF DECEDENT—First | 1B. | 1C. LAST | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |
|---|---|---|---|---|
| | Nhung | My | Boone | 2A. DATE OF DEATH (MONTH, DAY, YEAR) May 3, 1986    1550 |

| 3. SEX | 4. RACE/ETHNICITY | 5. SPANISH/HISPANIC NO | 6. DATE OF BIRTH April 17, 1946 | 7. AGE 40 YEARS | IF UNDER 1 YEAR MONTHS DAYS | IF UNDER 24 HOURS HOURS MINUTES |
|---|---|---|---|---|---|---|
| Female | Vietnamese | | | | | |

**DECEDENT PERSONAL DATA**

| 8. BIRTHPLACE OF DECEDENT (STATE OR FOREIGN COUNTRY) Cambodia | 9. NAME AND BIRTHPLACE OF FATHER Nguyen Cao Nguyen – Vietnam | 10. BIRTH NAME AND BIRTHPLACE OF MOTHER Nguyen Thi Thanh – Vietnam |
|---|---|---|

| 11A. CITIZEN OF WHAT COUNTRY Vietnam | 11B. IF DECEASED WAS EVER IN MILITARY GIVE DATES OF SERVICE. 19__ TO 19__ | 12. SOCIAL SECURITY NUMBER 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 | 13. MARITAL STATUS Married | 14. NAME OF SURVIVING SPOUSE (IF WIFE, ENTER BIRTH NAME) Donald W. Boone |
|---|---|---|---|---|

| 15. PRIMARY OCCUPATION Clerk | 16. NUMBER OF YEARS THIS OCCUPATION 3 | 17. EMPLOYER (IF SELF-EMPLOYED, SO STATE) U.S. Marine Commissary | 18. KIND OF INDUSTRY OR BUSINESS Grocery |
|---|---|---|---|

| 19A. USUAL RESIDENCE—STREET ADDRESS (STREET AND NUMBER OR LOCATION) 7065 Alpine Ave. | 19B. 1041 | 19C. CITY OR TOWN 29 Palms |
|---|---|---|

**USUAL RESIDENCE**

| 19D. COUNTY San Bernardino | 19E. STATE CA | 20. NAME AND ADDRESS OF INFORMANT—RELATIONSHIP Helen K. Fullen – Daughter 7065 Alpine Ave. 29 Palms, CA. 92277 |
|---|---|---|

**PLACE OF DEATH**

| 21A. PLACE OF DEATH At Home | 21B. COUNTY San Bernardino |
|---|---|
| 21C. STREET ADDRESS (STREET AND NUMBER OR LOCATION) 7065 Alpine Ave. | 21D. CITY OR TOWN 29 Palms |

**CAUSE OF DEATH**

| 22. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR A, B, AND C) | | 24. WAS DEATH REPORTED TO CORONER? Yes-86-5-1736-GM |
|---|---|---|
| IMMEDIATE CAUSE | (A) Shot-gun wounds of chest    secs. | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
| CONDITIONS, IF ANY, WHICH GAVE RISE TO THE IMMEDIATE CAUSE, STATING THE UNDERLYING CAUSE LAST. | DUE TO, OR AS A CONSEQUENCE OF (B) | 25. WAS BIOPSY PERFORMED? No |
| | DUE TO, OR AS A CONSEQUENCE OF (C) | 26. WAS AUTOPSY PERFORMED? Yes |

| 23. OTHER SIGNIFICANT CONDITIONS—CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 22A | 27. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEMS 22 OR 23? TYPE OF OPERATION No | DATE |
|---|---|---|

**PHYSICIAN'S CERTIFICATION**

| 28A. I CERTIFY THAT DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. I ATTENDED DECEDENT SINCE (ENTER MO. DA. YR.)    I LAST SAW DECEDENT ALIVE (ENTER MO. DA. YR.) | 28B. PHYSICIAN—SIGNATURE AND DEGREE OR TITLE | 28C. DATE SIGNED | 28D. PHYSICIAN'S LICENSE NUMBER |
|---|---|---|---|
| | 28E. TYPE PHYSICIAN'S NAME AND ADDRESS | | |

**INJURY INFORMATION**

| 29. SPECIFY ACCIDENT, SUICIDE, ETC. Homicide | 30. PLACE OF INJURY At Home | 31. INJURY AT WORK No | 32A. DATE OF INJURY—MONTH, DAY, YEAR May 3, 1986 | 32B. HOUR 1550 |
|---|---|---|---|---|
| 33. LOCATION (STREET AND NUMBER OR LOCATION AND CITY OR TOWN) 7065 Alpine Ave. – 29 Palms, CA. | | 34. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY) Shot-gun wounds of chest, by assailant. | | |

**CORONER'S USE ONLY**

| 35A. I CERTIFY THAT DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. AS REQUIRED BY LAW I HAVE HELD AN (INQUEST-INVESTIGATION) Investigation | 35B. CORONER—SIGNATURE AND DEGREE OR TITLE Brian McCormick Coroner | 35C. DATE SIGNED May 8, 1986 |
|---|---|---|

**DISPOSITION**

| 37. DATE—MONTH, DAY, YEAR May 8, 1986 | 38. NAME AND ADDRESS OF CEMETERY OR CREMATORY Desert Lawn Cemetery - Calimesa | 39. EMBALMER'S LICENSE NUMBER AND SIGNATURE Not Embalmed |
|---|---|---|

Cremation

| NAME OF FUNERAL DIRECTOR (OR PERSON ACTING AS SUCH) Desert Cremation Service | 40B. LICENSE NO. 1389 | 41. LOCAL REGISTRAR—SIGNATURE George R. Pettersen, M.D. | 42. DATE ACCEPTED BY LOCAL REGISTRAR May 8, 1986 |
|---|---|---|---|

**STATE REGISTRAR**

| A. 2-5-15 | B. | C. | D. | E. | F. 9651 |
|---|---|---|---|---|---|

1 (1-85)

I hereby certify that this is a true and correct copy
of a certificate on file in the San Bernardino County
Health Department, if the embossed seal of the county
appears over my signature.

*George R. Pettersen, M.D.*

George R. Pettersen, M.D., M.P.H.
Director of Public Health

FOR OFFICIAL USE ONLY NOT FOR COLLECTION OF FUNDS

S██████F'S DEPARTMENT

County of San Bernardino

California

CA 03600

| | | 1389000-09 |
|---|---|---|
| | | REPORT AREA |

ONE

| SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| 87 | MURDER | |

| 's NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| E, NHUNG MY | | | |

| ESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

S U P P L E M E N T A L

ECT:

BOONE, DONALD WAYNE

RVIEW WITH FLORES, PHONG:

FLORES, PHONG
6849 Marine Drive
29 Palms, CA  92277          367-6690

On 5-14-86 , Wednesday, I conducted an interview with Mrs. FLORES at her residence
in 29 Palms.  She told me that her last contact with the victim was on Friday, 5-2-86
at her residence.  She had dinner with some friends and invited Mrs. BOONE over to her
house.  Mrs. BOONE came over with her daughter  HEATHER, later was joined by her daughter
HELEN.  Mrs. FLORES told me that she received a phone call from Mr. BOONE asking if he
could come over.  Mrs. FLORES thought this would be a good idea to have him over, a
chance for them to relax and be together so she let Mr. BOONE come over to the house.
She tells me that the BOONES stayed until approximately 2300 hours on Friday and then
left after they had played some cards.  She told me that they seemed to be friendly
while at the residence but while playing cards, Mr. BOONE wanted to be close to her
and she did not want him to get that close.  Mrs. FLORES then spoke to me about
problems between the BOONES since the suspect DONALD BOONE had returned from over
seas.  She told me that he was expected to come home on the 30th of April but arrived
home on the 18th, one day after the victim's birthday.  She had learned later from the
victim that upon DONALD BOONE's return, he arrived home to find his wife with another
man, a JEFF CRANE who is also a Marine stationed at 29 Palms.

Mrs. FLORES is familiar with Mr. CRANE as she has met him on several occasions and has
had him over to the hosue with Mrs. BOONE.  She told me that she learned also that
there had been a fight between the boyfriend and husband and that the boyfriend was
thrown out of the house.  She knows that Mr. BOONE stayed at the residence but two
days later learned that Mrs. BOONE and the children had been thrown out by suspect
BOONE.  Mrs. BOONE and the children haad gone to a motel in Joshua Tree where they
stayed for several days.  When they were thrown out of the house she learned that
Mr. BOONE had made a threat to the victim stating, MOVE OUT OR I MIGHT KILL YOU, or
a statement to this effect.  She told me that the victim and daughter HEATHER moved
in with her on Tuesday, the 29th of April and stayed till Thursday.  While she was
livign at her residence, the victim and her boyfriend were getting some court paperwork

| RTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| MULLENS, DET., M-3330 | | | RM 5-16-86 | | |

| HER ACTION: | COPIES TO: | | | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective | ☐ SD/PD | ☐ Other | (91) |
| | ☐ Dist. Atty. | ☐ CII | ☐ Other | |
| | | ☐ Patrol | | |

84-401 Rev. 1/83

S◗F'S DEPARTMENT

**County of San Bernardino**
**California**

**CA 03600**

1389000-09
REPORT AREA

: TWO

| SECTION | CRIME | CLASSIFICATION |
|---|---|---|
| .87 | MURDER | |

| M'S NAME — LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) |
|---|---|---|---|
| IE, NHUNG MY | | | |

| ESS | ☐ RESIDENCE | ☐ BUSINESS | PHONE ( ) |
|---|---|---|---|

:RVIEW WITH FLORES, PHONG:  (Continued)

to have DONALD BOONE thrown out of the house.  She states also both the suspect BOONE and the boyfriend had called several times to contact the victim but she had instructed the victim not to let the boyfriend to come over to her house while they were having problems.  She wanted to see the victim and her husband spend some time together so they could discuss their problems.  She tried to urge the victim to have more cotnact with the husband.  Mrs. FLORES felt that it was only fair because the husband was gone over seas all this time and came home to find that his wife had a boyfriend and hopefully if they could spend some time together she thought they would be able to work out their problems.  While at her residence she told me that Mrs. BOONE received some roses from DONALD BOONE.  They were three roses and the card stated that their one rose for each of them, him, Velvet, that's the victim, and HEATHER the daughter.  The card also stated WE LIVED TOGETHER OR DIE TOGETHER. She tells me that the card was sent by Mrs. BOONE to her attorney in Yucca Valley. She does not know the name of the attorney, it's the attorney who is handling her divorce and restraining order.

On Thursday, 5-1-86, the victim moved back to her house.  Mrs. FLORES had learned the next that the victim had permitted Mr. BOONE to stay at the house, that he slept on the sofa.  She learned this Friday night when she had her last contact with the victim.  I asked her if she knew of any weapons, rifles, shotgun, at the victim's residence and she told me she was not familiar with any.  She believes she did hear recently that HEATHER, the seven year old daughter, spoke of the shotgun and had seen the weapon on the day of the homicide.  Mrs. FLORES also told me that the victim had done some wrong things, that she had dated persons while her husband was over seas and then took a relationship with JEFF CRANE.  She knows there was some past problems with the victim and her husband, that they were not getting along even prior to his going over sears but she does not believe the victim should have gone out with other men.  Mrs. FLORES had no other information and the interview was concluded.

ERVIEW WITH JEFF BRINKMAN CRANE:

Mr. CRANE is with the Marine Corps, his social security number is 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, DOB: 7-18-65, attached to D Company, 3rd AV Battalion, Marine Corps Base, 29 Palms 368-6707.  He resides at 6161 Ocotillo, space 8, 29 Palms, CA 92277 367-3914.

On 5-15-86 at 1414 hours the interview was conducted at the office of the Naval Investigative Service aboard the base.  Mr. CRANE tells me that he has known the victim since June of 1985.  The victim was dating his best friend and roommate when he met her.  On the 15th day of June, 1985, she discontinued her relationship with

| PTING OFFICERS | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| . MULLENS, DET., M-3330 | | | RM 5-16-86 | | |

| HER ACTION: | COPIES TO: | ☐ SD/PD | ☐ Other | REMARKS |
|---|---|---|---|---|
| ☐ YES  ☐ NO | ☐ Detective  ☐ CII | ☐ Other | | ⑨② |
| | ☐ Dist. Atty.  ☐ Patrol | | | |

184-401 Rev. 1/83