# EXHIBIT 5
# Part 2 of 3

34

1   than going up there and, you know, ending up

2   killing your wife and pointing the shotgun at

3   yourself.

4          INMATE BOONE:  Yes sir.

5          PRESIDING COMMISSIONER BIGGERS:  Shooting

6   yourself in the chest.

7          INMATE BOONE:  Yes sir.

8          PRESIDING COMMISSIONER BIGGERS:  Now you

9   are, how old were you at the time?

10          INMATE BOONE:  I was 32.

11          PRESIDING COMMISSIONER BIGGERS:  Thirty-

12   two years old at the time.

13          INMATE BOONE:  Yes sir.

14          PRESIDING COMMISSIONER BIGGERS:  You

15   know, you look good for 60 by the way.

16          INMATE BOONE:  I'm 52 (laughter).

17          PRESIDING COMMISSIONER BIGGERS:  Fifty-

18   two.  I thought that would get you.

19          INMATE BOONE:  Yes sir, no sir.

20          PRESIDING COMMISSIONER BIGGERS:  All

21   right.  But you know, you still had a lot of

22   life left in you.

23          INMATE BOONE:  Yes sir.

24          PRESIDING COMMISSIONER BIGGERS:  And, you

25   know, I know love works in mysterious ways

26   sometimes.

27          INMATE BOONE:  Yes sir.

35

1      PRESIDING COMMISSIONER BIGGERS:  But when

2  you have a child involved.  You know, you could

3  easily, you could file for child custody and use

4  whatever to get your child and you would not be

5  finding yourself in this situation.

6      INMATE BOONE:  Yes sir, I wouldn't be

7  here in the first place.

8      PRESIDING COMMISSIONER BIGGERS:  That's

9  exactly my point.

10     INMATE BOONE:  Yes sir.

11     PRESIDING COMMISSIONER BIGGERS:  Okay.

12 He also indicated that you needed additional

13 therapy to ensure that you maintained your

14 recent gains.  Have you done anything in the way

15 of talking to the psychiatrists or anybody about

16 the commitment offense?

17     INMATE BOONE:  Through the Board Reports

18 but other than that there isn't, they don't

19 have, unless you're in the mental health system

20 they don't have anything like that anymore.

21     PRESIDING COMMISSIONER BIGGERS:  At your

22 last hearing -- let's go back here for just a

23 second here.  You were here in front of

24 Commissioner Lee, is that correct?

25     INMATE BOONE:  Yes sir.

26     PRESIDING COMMISSIONER BIGGERS:  Okay.

27 And he indicated, I read last night that he

36

1  indicated some things that you needed to

2  maintain.  He said that your gains are recent

3  and you must maintain these gains over an

4  extended period of time.  What did he mean by

5  that?

6      INMATE BOONE:  Probably the 115 that I

7  got when I, when I didn't move into the east

8  dorm.  There was a problem there.  And I knew

9  for a fact that if I moved in that dorm I was

10  going to get into a physical altercation with

11  some skinheads.

12      PRESIDING COMMISSIONER BIGGERS:  Did you

13  go and talk to anybody about that?

14      INMATE BOONE:  You can't do that in here,

15  sir.  Because if I would have went and talked to

16  anybody then they're going to go and talk to

17  the, you know, to the person that talked to me

18  and then they know where it comes from.  Then

19  what do I do?  They can't protect me forever.

20      PRESIDING COMMISSIONER BIGGERS:  I know.

21  Well, do you have enemies?

22      INMATE BOONE:  No sir.  No, it was just

23  they wanted me to do particular things for them

24  when I worked in the chow hall as a linebacker.

25  And they felt that because I was white and

26  they're white that they had something coming.

27  They wanted extra food, they wanted me to work

37

1    on the side where they ate, and they wanted me

2    to run and get cigarettes for them.  And I told

3    them no, I'm not going to do it.  You'll get,

4    you know.  You won't get any more or any less

5    food than anybody else, I'm not running

6    cigarettes for you and I work where the

7    correctional officer tells me to work.  And they

8    said well --

9          PRESIDING COMMISSIONER BIGGERS:  So you

10   got a 115.

11         INMATE BOONE:  Yes sir.

12         PRESIDING COMMISSIONER BIGGERS:  Did you

13   appeal it?

14         INMATE BOONE:  Yes sir.

15         PRESIDING COMMISSIONER BIGGERS:  What

16   happened?

17         INMATE BOONE:  It got shot down.  And the

18   funny thing was prior, the night prior to that

19   there was probably 20 or 30 people that refused

20   to move and absolutely nothing happened to them.

21   I get a 115 for the same thing.

22         PRESIDING COMMISSIONER BIGGERS:  And you

23   know that for a fact?

24         INMATE BOONE:  Yes sir I do.

25         PRESIDING COMMISSIONER BIGGERS:  Did you

26   appeal that one?

27         INMATE BOONE:  It went all the way to the

38

1    Director with that information from six guys

2    that wrote out affidavits stating that they had

3    refused to move to the north dorm and nothing

4    happened to them.

5         PRESIDING COMMISSIONER BIGGERS:  Why do

6    you think that you were the only one that got

7    one?

8         INMATE BOONE:  On that particular day

9    there was me and I think there were six other

10   people that didn't move to the dorm.  And why

11   that happened I can't, I don't have an answer

12   for that sir.

13        PRESIDING COMMISSIONER BIGGERS:  And you

14   got that in '02, is that correct?

15        INMATE BOONE:  Yes sir.

16        PRESIDING COMMISSIONER BIGGERS:  Okay.

17   Before I move on there was a statement that was

18   made in the 2004 Board Report that troubles me.

19   It's indicating something to the effect, your

20   resistance to (indiscernible) or given up any

21   expectation of eventually release with the

22   intending option of refusing to program.  What

23   was that all about?

24        INMATE BOONE:  That was on which one?

25        PRESIDING COMMISSIONER BIGGERS:  2004,

26   the very last page of the Board Report.

27        INMATE BOONE:  That was, by refusing --

39

1   Oh, that was written by I think Mr. Peabody.

2         **PRESIDING COMMISSIONER BIGGERS:**   Right.

3   Why do you think he said that?

4         **INMATE BOONE:**   Well because he knows that

5   I have always programmed and I am not going to

6   stop programming or be discouraged by what goes

7   on around me.   I'm going to always do the best

8   that I can do because I want to go home.   And I

9   am going to keep programming and do the best

10  that I can while I'm in prison.

11        **PRESIDING COMMISSIONER BIGGERS:**   It said

12  something about you were, an option of refusing

13  programming.

14        **INMATE BOONE:**   No, no, I never had, I

15  never refused to program in any way.

16        **PRESIDING COMMISSIONER BIGGERS:**   All

17  right, okay.   Do you have any questions about

18  the crime, sir?

19        **DEPUTY COMMISSIONER MORRIS:**   No.

20        **PRESIDING COMMISSIONER BIGGERS:**   Okay,

21  I'm going to move to your social history.

22  Because again, we are not here to retry the

23  case.

24        **INMATE BOONE:**   Yes.

25        **PRESIDING COMMISSIONER BIGGERS:**   But I

26  just wanted to try to get a sense of what was

27  going on in your mind during the time that all

40

1  this was taking place.

2       INMATE BOONE:  Yes sir.

3       PRESIDING COMMISSIONER BIGGERS:  When you

4  were on deployment were you in Okinawa?

5       INMATE BOONE:  Iwakuni.

6       PRESIDING COMMISSIONER BIGGERS:  Iwakuni.

7       INMATE BOONE:  The Marine Corps Air

8  Station.

9       PRESIDING COMMISSIONER BIGGERS:  Okay.

10  But they gave that back to the Japanese I

11  understand.

12       INMATE BOONE:  Yes sir, I think they did.

13  In fact I have an article in my locker about it,

14  right where I was at.  And I saw the seaplanes

15  and everything.

16       PRESIDING COMMISSIONER BIGGERS:  What did

17  you think about that base?

18       INMATE BOONE:  I liked it.  I liked that

19  tour better than I did the one in Okinawa.

20       PRESIDING COMMISSIONER BIGGERS:  I bet

21  you did.  Okay.  I want to look at your social

22  history.  You are the oldest of four children

23  that was born, and you were born April 20, 1954

24  in Minneapolis, Minnesota.

25       INMATE BOONE:  Yes sir.

26       PRESIDING COMMISSIONER BIGGERS:  And your

27  father was stationed there in the US Navy.

41

1          INMATE BOONE:  Yes sir.

2          PRESIDING COMMISSIONER BIGGERS:  How did

3   you get in the Marine Corps if your father was

4   in the Navy?

5          INMATE BOONE:  To tell you the truth when

6   I was in high school a friend of mine, Mike

7   Grasso, just came in and he said he had talked

8   to a Marine recruiter.  And it was at the lunch

9   table and I said, that doesn't sound like a bad

10  idea.  So I went and talked to him and signed

11  the paperwork a few months later.

12         PRESIDING COMMISSIONER BIGGERS:  Okay.

13  And it doesn't say.  Are your mother and father

14  still living?

15         INMATE BOONE:  No sir, they have both

16  passed away.

17         PRESIDING COMMISSIONER BIGGERS:  All

18  right.  When you were a few months old the

19  family moved to Gibbstown, New Jersey.

20         INMATE BOONE:  Yes sir.

21         PRESIDING COMMISSIONER BIGGERS:  That's

22  where you were raised?

23         INMATE BOONE:  Yes sir.

24         PRESIDING COMMISSIONER BIGGERS:  There

25  were no family conflicts or contact with

26  juvenile authorities.  Two weeks after you

27  graduated from high school you enlisted in the

42

1   Marine Corps. And how long were you in before

2   this incident took place?

3       **INMATE BOONE:** Not quite 14 years.

4       **PRESIDING COMMISSIONER BIGGERS:** Fourteen

5   years.

6       **INMATE BOONE:** Yes sir.

7       **PRESIDING COMMISSIONER BIGGERS:** You only

8   had what, about four to go? Five rather.

9       **INMATE BOONE:** Yeah, five or six years,

10  something like that before I could retire.

11      **PRESIDING COMMISSIONER BIGGERS:** You met

12  your wife in Norfolk, Virginia?

13      **INMATE BOONE:** Yes sir.

14      **PRESIDING COMMISSIONER BIGGERS:** And what

15  nationality was she?

16      **INMATE BOONE:** Cambodian.

17      **PRESIDING COMMISSIONER BIGGERS:**

18  Cambodian.

19      **INMATE BOONE:** Yes sir.

20      **PRESIDING COMMISSIONER BIGGERS:** And you

21  were transferred to California and she followed

22  and you got married in November 1977.

23      **INMATE BOONE:** Yes sir.

24      **PRESIDING COMMISSIONER BIGGERS:** You were

25  transferred to Okinawa in 1978.

26      **INMATE BOONE:** Yes sir.

27      **PRESIDING COMMISSIONER BIGGERS:** And she

43

1   went to live with your parents in New Jersey.

2        **INMATE BOONE:**  Yes sir.

3        **PRESIDING COMMISSIONER BIGGERS:**  Okay.

4   when you returned you all reunited and at this

5   time you suspected that there had been some

6   extramarital relationships, is that correct?

7   Did you ever confront her on that?

8        **INMATE BOONE:**  The only thing that I knew

9   happened was the night that I left to go to

10  Okinawa.  I think I was in one of the California

11  airports, San Francisco maybe.  I called home

12  just to tell everybody goodbye one more time

13  before I went to Japan and I said, can I talk to

14  Velvet.  And my mom says, well she's not here.

15  I thought maybe she went to the store or

16  something and she said -- I said, where is she

17  at?  She said, she went to stay with Kim.  The

18  first time I heard about it.  And she said, you

19  didn't know that?  I said no.  We have

20  everything set up in the apartment upstairs and

21  that's where she was going to live because if

22  anything happened, she was pregnant at the time

23  with Heather, our daughter, then my parents

24  could be there to help her.  And the CHAMPUS was

25  in that area so she could go there.  It would

26  have been much easier for her.

27       **PRESIDING COMMISSIONER BIGGERS:**  All

44

1    right. And then it says here that then you got

2    sent to Iwakuni, Japan and upon your return you

3    walked in on her with another man and in spite

4    of her infidelity you attempted to keep the

5    marriage together and the family together, is

6    that correct?

7         INMATE BOONE:  Yes sir.

8         PRESIDING COMMISSIONER BIGGERS:  Okay.

9    And I note for the record, I don't see any

10   priors. Were there any priors?

11        INMATE BOONE:  No sir.

12        PRESIDING COMMISSIONER BIGGERS:  You have

13   no juvenile record and no adult record.

14        INMATE BOONE:  No sir, none whatsoever.

15        PRESIDING COMMISSIONER BIGGERS:  Okay, at

16   this point I am going to ask the Deputy

17   Commissioner to talk about your post-conviction

18   factors sir.

19        DEPUTY COMMISSIONER MORRIS:  Okay,

20   Mr. Boone, this is the seventh subsequent parole

21   consideration hearing. Your last hearing was

22   April 27 of '05?

23        INMATE BOONE:  Yes sir.

24        DEPUTY COMMISSIONER MORRIS:  And at that

25   time you suffered a one year denial.

26        INMATE BOONE:  Yes sir.

27        DEPUTY COMMISSIONER MORRIS:  Okay. And

45

1    I've taken a look at your classification

2    document here and the classification document

3    reflects a score of 19. I'm looking at the,

4    there's a gang sheet here, the A-12, and the

5    A-12 is clear as well.

6        **INMATE BOONE:** Yes sir.

7        **DEPUTY COMMISSIONER MORRIS:** And you have

8    already talked about some resistance to some

9    skinhead affiliation. Any other groups try to

10    recruit you?

11        **INMATE BOONE:** No sir.

12        **DEPUTY COMMISSIONER MORRIS:** Is that it?

13        **INMATE BOONE:** Yes sir.

14        **DEPUTY COMMISSIONER MORRIS:** Okay.

15        **INMATE BOONE:** Well they weren't trying

16    to recruit me. They wanted special favors and I

17    wouldn't go along.

18        **DEPUTY COMMISSIONER MORRIS:** They just

19    wanted you to work.

20        **INMATE BOONE:** Yeah, yes sir.

21        **DEPUTY COMMISSIONER MORRIS:** I was

22    looking for a TABE score and I never did find it

23    but I heard something about a 12.9.

24        **PRESIDING COMMISSIONER BIGGERS:** A 12.9

25    over here.

26        **INMATE BOONE:** Yes sir.

27        **PRESIDING COMMISSIONER BIGGERS:** I saw it

46

1  on a 1073.

2          DEPUTY COMMISSIONER MORRIS:  Okay.  Is

3  that about right?

4          INMATE BOONE:  Yes sir.

5          DEPUTY COMMISSIONER MORRIS:  Okay.  Now

6  you graduated from high school?

7          INMATE BOONE:  Yes sir.

8          DEPUTY COMMISSIONER MORRIS:  What high

9  school?

10         INMATE BOONE:  Paulsboro High School in

11  Paulsboro, New Jersey.  P-A-U-L-S-B-O-R-O.

12         DEPUTY COMMISSIONER MORRIS:  New Jersey.

13  What year?

14         INMATE BOONE:  1973, June 14th.

15         DEPUTY COMMISSIONER MORRIS:  And have you

16  taken any collegiate classes or correspondence

17  courses?  Anything to upgrade yourself

18  academically since that high school?

19         INMATE BOONE:  I went -- No, I've always,

20  I went the vocational route.

21         DEPUTY COMMISSIONER MORRIS:  Okay.  So no

22  coursework.

23         INMATE BOONE:  No sir.

24         DEPUTY COMMISSIONER MORRIS:  And in terms

25  of vocations it looks like you participated in a

26  number of vocations.

27         INMATE BOONE:  Yes sir.

47

1          **DEPUTY COMMISSIONER MORRIS:**  It looks
2     like the last one was vocational welding.
3          **INMATE BOONE:**  It should have been the
4     landscaping and then I came over to east dorm.
5          **DEPUTY COMMISSIONER MORRIS:**  I see PIA
6     landscaping.
7          **INMATE BOONE:**  That's where I am at now.
8     But I was also in the landscaping.
9          **DEPUTY COMMISSIONER MORRIS:**  You were in
10    vocational landscaping as well?
11         **INMATE BOONE:**  Yes sir, that was at
12    north.
13         **DEPUTY COMMISSIONER MORRIS:**  But did you,
14    did you finish that?
15         **INMATE BOONE:**  No sir, I moved over to
16    east dorm prior to completion of that class.
17         **DEPUTY COMMISSIONER MORRIS:**  All right.
18    What I'm finding is the last vocation that you
19    completed --
20         **INMATE BOONE:**  Was small engines.
21         **DEPUTY COMMISSIONER MORRIS:**  Was in '02.
22         **INMATE BOONE:**  Yes sir.
23         **DEPUTY COMMISSIONER MORRIS:**  Vocational
24    welding.
25         **INMATE BOONE:**  No, I never completed
26    that.
27         **DEPUTY COMMISSIONER MORRIS:**  You didn't

48

1    complete that.

2        **INMATE BOONE:**  No sir.

3        **DEPUTY COMMISSIONER MORRIS:**  Okay.  now I

4    saw a number of certificates of completion so

5    you completed quite a few components of that.

6        **INMATE BOONE:**  Yes sir.

7        **DEPUTY COMMISSIONER MORRIS:**  Why did you

8    not complete it?

9        **INMATE BOONE:**  To tell you the truth I

10   really didn't enjoy the welding that much.  I've

11   always had, been scared of electricity and as

12   you know welding requires the use of

13   electricity.  So I got with the instructor and I

14   completed some, like acetylene welding where we

15   used a cutting torch and completed things like

16   that.

17       **DEPUTY COMMISSIONER MORRIS:**  All right.

18       **INMATE BOONE:**  But I told him, I said I'm

19   really not comfortable with using some of this

20   welding equipment.  And I went from there over

21   to the landscaping with -- Tony Leyva (phonetic)

22   was the shop instructor.

23       **DEPUTY COMMISSIONER MORRIS:**  That was in

24   '02 you went to landscaping?

25       **INMATE BOONE:**  Yes sir.

26       **DEPUTY COMMISSIONER MORRIS:**  Are you

27   working in that slot now?

49

1        **INMATE BOONE:**  Yes sir, that's where I'm

2    employed, yes sir.  But at the east dorm.  It's

3    actually a PIA.

4        **DEPUTY COMMISSIONER MORRIS:**  And is that

5    a pay number as well?

6        **INMATE BOONE:**  Yes sir.

7        **DEPUTY COMMISSIONER MORRIS:**  And I see

8    you have exceptional work reports there as well.

9        **INMATE BOONE:**  Yes sir.

10        **DEPUTY COMMISSIONER MORRIS:**  Now back to

11    those vocations.  You did complete small

12    engines.

13        **INMATE BOONE:**  Yes sir.

14        **DEPUTY COMMISSIONER MORRIS:**  In '98.

15        **INMATE BOONE:**  Yes sir.

16        **DEPUTY COMMISSIONER MORRIS:**  It looks to

17    me like you completed auto repair.

18        **INMATE BOONE:**  Yes sir, I completed it.

19        **DEPUTY COMMISSIONER MORRIS:**  With some

20    National Institute of Automotive Excellence

21    certifications as well in '91.

22        **INMATE BOONE:**  Yes sir, yes sir.

23        **DEPUTY COMMISSIONER MORRIS:**  And then it

24    looks like about '90 you completed vocational

25    office machines.

26        **INMATE BOONE:**  Yes sir.

27        **DEPUTY COMMISSIONER MORRIS:**  Okay.  Any

1    other completions?

2         **INMATE BOONE:**  I have a completion on the

3    vocational small engine repair for -- they said

4    in case before --

5         **DEPUTY COMMISSIONER MORRIS:**  I already

6    have the small engine repair.

7         **INMATE BOONE:**  Okay, this was on the

8    Adult Valley School certificate of completion, a

9    certified four-stroke engine technician,

10   Equipment and Engine Training Council.  And I

11   did that last May.

12        **DEPUTY COMMISSIONER MORRIS:**  And that is

13   all small engine.

14        **INMATE BOONE:**  Yes sir.

15        **DEPUTY COMMISSIONER MORRIS:**  That's a

16   continuation of components under small engine.

17        **INMATE BOONE:**  Yes sir.

18        **DEPUTY COMMISSIONER MORRIS:**  Okay.  I

19   thought I saw that in your file here.

20        **INMATE BOONE:**  I think that's it right

21   there sir but I just --

22        **DEPUTY COMMISSIONER MORRIS:**  Okay.

23        **INMATE BOONE:**  I didn't know if --

24        **DEPUTY COMMISSIONER MORRIS:**  Yes, I have

25   that.

26        **INMATE BOONE:**  Okay.

27        **DEPUTY COMMISSIONER MORRIS:**  I do have

51

1  that.

2       INMATE BOONE:  That was through the

3  distance learning program.  He was the

4  instructor that I had completed the small

5  engines with.

6       DEPUTY COMMISSIONER MORRIS:  So even

7  though you completed that small engine a few

8  years back you still take some additional

9  courses --

10      INMATE BOONE:  Yes sir, I try to stay up

11 to date.

12      DEPUTY COMMISSIONER MORRIS:  -- to stay

13 up to date with it.

14      INMATE BOONE:  Yes sir.

15      DEPUTY COMMISSIONER MORRIS:  Good stuff,

16 okay, okay.  So no other completions, that's it.

17      INMATE BOONE:  No sir, that's it.

18      DEPUTY COMMISSIONER MORRIS:  All right.

19 Have you, have you worked anywhere in the

20 institution besides that PIA landscaping?  What

21 else have you done in the institution?

22      INMATE BOONE:  Since I came to the east

23 dorm I was assigned there like the day after I

24 got over here and that's where I have been ever

25 since.

26      DEPUTY COMMISSIONER MORRIS:  Yeah, it

27 looks like you have been in a vocational program

52

1  or this landscaping.

2      **INMATE BOONE:**  Yes sir.

3      **DEPUTY COMMISSIONER MORRIS:**  Okay.  Let

4  me go back to disciplinaries.  You came to

5  prison in '86.

6      **INMATE BOONE:**  Yes sir.

7      **DEPUTY COMMISSIONER MORRIS:**  You did not

8  pick up a disciplinary until '02.

9      **INMATE BOONE:**  Yes sir.

10      **DEPUTY COMMISSIONER MORRIS:**  And that's

11  going to, that certainly hurt you probably the

12  last hearing.

13      **INMATE BOONE:**  Yes sir.  Well the last

14  two hearings.

15      **DEPUTY COMMISSIONER MORRIS:**  Yes, yes.

16  And then you also have the, well you have two

17  negative chronos as well.  The last one was

18  dated 5/17 of '93 so there's a good amount of

19  distance between the last negative chrono and

20  this hearing.

21      **INMATE BOONE:**  Yes sir.

22      **DEPUTY COMMISSIONER MORRIS:**  So you've

23  got a little bit of negative disciplinaries to

24  overcome, I guess.  I don't know how to put it

25  any other way than that.  The 2002 is still

26  pretty recent.  Self-help.  I don't see anything

27  in the file that talks about any history of

53

1    drugs or alcohol.

2          **INMATE BOONE:**  No sir.

3          **DEPUTY COMMISSIONER MORRIS:**  You didn't

4    do any of that stuff while you, before you went

5    to the Marines?

6          **INMATE BOONE:**  I smoked marijuana on

7    occasion but that's it.  I never, never was

8    addicted to it.  I never tried anything else

9    other than that.

10         **DEPUTY COMMISSIONER MORRIS:**  Okay.  Ever

11   experiment with any other drugs besides

12   marijuana?

13         **INMATE BOONE:**  No sir, nothing.

14         **DEPUTY COMMISSIONER MORRIS:**  Now I saw

15   some veterans group participation in '04 and

16   '05.

17         **INMATE BOONE:**  Yes sir.

18         **DEPUTY COMMISSIONER MORRIS:**  What was

19   that about?

20         **INMATE BOONE:**  Well the last, we had a

21   banquet last November.  In fact, it was on the

22   Marine Corps birthday.  I'm on the honor guard

23   so we had a flag-folding ceremony for members of

24   the fallen comrades.  And we had a flag-folding

25   ceremony that I participated in the honor guard

26   in.  And we have, we have meetings once a month

27   but we're trying to get them to have two

54

1  meetings a month now.

2      **DEPUTY COMMISSIONER MORRIS:** Okay. Now

3  what is, what is conspicuously absent under the

4  self-help in my mind is stuff like anger

5  management, AA/NA, those kinds of things. Why

6  have you not participated in say AA or NA?

7      **INMATE BOONE:** AA is Alcoholics Anonymous

8  and I am not an alcoholic and NA is Narcotics

9  Anonymous and I am not, I have never been or

10  never will be addicted to either one. And I

11  can't, I can't relate to what it's like to be

12  physically dependant on something where I have

13  to have it. I never, I have never developed a

14  taste for alcohol as far as being addicted to it

15  where I actually had to have it so I never took

16  any interest in NA or AA.

17      **DEPUTY COMMISSIONER MORRIS:** No one ever

18  talked to you and talked about the principles of

19  AA being larger than that just that that you are

20  talking about?

21      **INMATE BOONE:** No sir. No sir, nobody.

22      **DEPUTY COMMISSIONER MORRIS:** Never talked

23  about just principles for managing your life

24  period

25      **INMATE BOONE:** No sir, not in any of the

26  hearings. I never had anything like that.

27      **DEPUTY COMMISSIONER MORRIS:** And that's

55

1   kind of my belief.   There are some good

2   principles there that will help you manage your

3   life.   How you interact with staff.   Not that

4   you have a problem with staff or inmates, it

5   looks like you have a good handle on that.

6         **INMATE BOONE:**   Yes sir.

7         **DEPUTY COMMISSIONER MORRIS:**   But it would

8   give you some additional tools to manage your

9   life when you get on the street and you run into

10   various stressful situations.   It's some good

11   stuff.   And I'm saying that because I understand

12   there are not a lot of self-help programs

13   available to you.

14         **INMATE BOONE:**   Yes sir.

15         **DEPUTY COMMISSIONER MORRIS:**   However,

16   something like AA or NA always shows well here

17   and you can always participate.   It's without a

18   bar, there are no barriers.   Independent study.

19   There's all kinds of things you can do.   So

20   maybe you might want to just think about that if

21   you're not successful today.   I don't know,

22   we'll see.

23         **PRESIDING COMMISSIONER BIGGERS:**   Excuse

24   me.   Did you mention anger management as well?

25         **DEPUTY COMMISSIONER MORRIS:**   No.   Well, I

26   was talking about anger management.   I thought I

27   mentioned anger management.

56

1        **INMATE BOONE:**  Yes sir.

2        **DEPUTY COMMISSIONER MORRIS:**  You took

3   anger management in the '90s, the top of the

4   '90s.

5        **INMATE BOONE:**  Yes sir.

6        **DEPUTY COMMISSIONER MORRIS:**  In '92 and

7   '90.  And you need to kind of revisit that I

8   would think.  Although my question would be, why

9   have you not revisited that since '92?

10       **INMATE BOONE:**  All that stuff, they've

11  stopped all this.  I had my last session with,

12  not session, with Dr. Bakeman and I think that

13  was '95.  Since '95 that's all been taken away.

14  They don't have anything where I can sit down

15  with a doctor.  I had requested to get one-on-

16  one with Dr. Bakeman.  He retired and they

17  don't, and they don't have that anymore.

18       **DEPUTY COMMISSIONER MORRIS:**  Now a number

19  of folks have come through here who have

20  participated in this IMPACT group.

21       **INMATE BOONE:**  Yes sir.

22       **DEPUTY COMMISSIONER MORRIS:**  And that has

23  an anger management component.  Why have you not

24  participated in that?  That's available.

25       **INMATE BOONE:**  Yes sir.  The thing is

26  that is run by inmates.  Now I've had a hard

27  enough time over the years trying to get people

57

1    to recognize something that's been taught and

2    talked about with a qualified person.   The

3    Governor doesn't recognize anything that I took.

4    No self-help therapy or anything by saying that

5    I need more therapy.   And the other thing is I

6    know that I can give somebody $50 and get one of

7    them chronos.   Anger management is something

8    that you have to practice every single day in

9    this place, every single day.   I'm in a dorm

10   with 369 people.   And it's difficult living in

11   an environment like that because not everybody

12   has the same hygiene, they don't live the same

13   way.   You know, their areas are sloppy and it

14   just -- You have to, you have to practice anger

15   management on a daily basis and I think I have

16   done extremely well over a 20 year period not

17   being involved in --

18            **DEPUTY COMMISSIONER MORRIS:**   That's true.

19            **INMATE BOONE:**   -- any conflicts

20   whatsoever.

21            **DEPUTY COMMISSIONER MORRIS:**   I am not

22   trying to diminish the good things you have

23   done.   You have done a pretty good job.   Until

24   about 2002 you did a pretty good job.   You

25   slipped in '93 and I think in '92 with the

26   negative chronos.   But between '93 and '92 there

27   was about a ten year period where you didn't

58

1  pick up any disciplinaries at all.

2        INMATE BOONE:  No sir.

3        DEPUTY COMMISSIONER MORRIS:  Until 2002.

4  So this is, when I ask these questions it is not

5  to diminish what you have done.

6        INMATE BOONE:  Yes sir.

7        DEPUTY COMMISSIONER MORRIS:  And I don't

8  think anywhere up or down the line, here or up

9  the line at the Governor's Office would tell you

10 that what you participated in is not important.

11 I think what you need to keep in mind though,

12 when I look at 1992 and here we are at 2006, an

13 issue of remoteness in time has to kind of creep

14 into the equation somewhat.

15       INMATE BOONE:  Yes sir.

16       DEPUTY COMMISSIONER MORRIS:  Even that

17 does not diminish what you have done.

18       INMATE BOONE:  Yes sir.

19       DEPUTY COMMISSIONER MORRIS:  But it

20 tempers it a little differently.  Does that make

21 sense?

22       INMATE BOONE:  Yes sir.

23       DEPUTY COMMISSIONER MORRIS:  Okay.  So

24 that's why I ask these questions.  And I also

25 see that you participated in group therapy and

26 that's with Dr. Bakeman you were talking about

27 in 1988.

59

1          INMATE BOONE:  Yes sir, yes sir.  No,
2   that was in '95 with Dr. Bakeman.
3          DEPUTY COMMISSIONER MORRIS:  Was that
4   '95?
5          INMATE BOONE:  Yes sir.
6          DEPUTY COMMISSIONER MORRIS:  I saw a
7   chrono that was dated '88 I thought.
8          INMATE BOONE:  That was, I was still at
9   CMC at the time.
10          DEPUTY COMMISSIONER MORRIS:  Okay.  Who
11   did you do group therapy with in '88?
12          INMATE BOONE:  There were several of
13   them, I don't even recall the doctors' names
14   now.
15          DEPUTY COMMISSIONER MORRIS:  Okay, all
16   right (overlapping).
17          INMATE BOONE:  And I also, there was an
18   intern, several interns that I did one-on-one
19   with during an eight month period.
20          DEPUTY COMMISSIONER MORRIS:  I didn't
21   report all that stuff because it was so old.
22          INMATE BOONE:  Yes sir.
23          DEPUTY COMMISSIONER MORRIS:  And here
24   again that issue of remoteness in time jumped
25   back at me.  Laudatories.  I don't see -- Since
26   your last hearing I don't see any laudatories at
27   all.  Anyone have any good things to say about

1   you?

2          **INMATE BOONE:**  I have --

3          **DEPUTY COMMISSIONER MORRIS:**  I see a

4   chrono here that you did your Olson Review, you

5   reviewed your file.  That's all for 2006.

6          **INMATE BOONE:**  I have it right here.

7   There's the one on, it was dated 12/07/05.

8          **DEPUTY COMMISSIONER MORRIS:**  No, no, no,

9   listen to me.  Since -- Oh wait a minute, '05,

10  12/07/05.  You have that?

11         **INMATE BOONE:**  Yes sir.

12         **DEPUTY COMMISSIONER MORRIS:**  All right, I

13  don't have that.  Let me see that one if you

14  will.  It's not in my updated material stack.

15  I've got some letters here for you but I don't

16  have any of that.

17         **PRESIDING COMMISSIONER BIGGERS:**  I think

18  that's the updated material there, Mr. Boone.

19         **DEPUTY COMMISSIONER MORRIS:**  That's your

20  updated material.  That's material that we

21  received late.

22         **INMATE BOONE:**  This one?  Okay.

23         **DEPUTY COMMISSIONER MORRIS:**  12/07/05.

24         **INMATE BOONE:**  I think that's mine.

25         **DEPUTY COMMISSIONER MORRIS:**  That's the

26  veterans group that I talked about earlier?

27         **INMATE BOONE:**  For the flag-folding

1    ceremony.

2         **DEPUTY COMMISSIONER MORRIS:**  Let me just

3    -- I didn't record it as a laudatory.  I had it

4    under self-help so I didn't see this laudatory.

5    And I don't see the laudatory chrono here, it is

6    not here.  So I am going to include that.

7         **INMATE BOONE:**  Okay.

8         **DEPUTY COMMISSIONER MORRIS:**  12/07/05,

9    all right.  Anything else that I've overlooked?

10        **INMATE BOONE:**  I have the, it was on the

11   same lines as the -- oh no there it is.  It's an

12   informative chrono that was for the distance

13   learning program on the outdoor power equipment

14   and engine service association.  The one that I

15   took to update the small engines.  That one is

16   right underneath this one.

17        **DEPUTY COMMISSIONER MORRIS:**  What was

18   that called?  That was ten-what?

19        **INMATE BOONE:**  And that was 10/05/05.

20        **DEPUTY COMMISSIONER MORRIS:**  That was for

21   some additional work with that small engine?

22        **INMATE BOONE:**  Yes sir.

23        **DEPUTY COMMISSIONER MORRIS:**  Okay.

24        **INMATE BOONE:**  The distance learning on

25   the --

26        **DEPUTY COMMISSIONER MORRIS:**  Right.  And

27   that's what the, that's how you got the

62

1   additional certs that we talked about.

2         **INMATE BOONE:**  Yes sir, yes sir.

3         **DEPUTY COMMISSIONER MORRIS:**  Through the

4   distance learning.

5         **INMATE BOONE:**  Yes sir.

6         **DEPUTY COMMISSIONER MORRIS:**  You're kind

7   of double-dipping on those, got a two-fer for

8   that.  All right, let me just chat with you

9   about your psych report.  I'm looking at a psych

10  report.  It's a 2004 psych report.

11        **INMATE BOONE:**  Yes sir.

12        **DEPUTY COMMISSIONER MORRIS:**  I'm just

13  going to pull out pieces of it and I'm going to

14  start with the second page.  Under current

15  diagnostic impressions I see that -- first of

16  all this report is authored by Stack (phonetic),

17  Ph.D., staff psychologist.  And Stack describes

18  you under Axis I as having no contributory

19  clinical disorder.  Under Axis II he

20  characterizes you as having no contributory

21  personality disorder.  Under Axis V he talks

22  about the Global Assessment of Functioning score

23  of 90, which is a good score.  Stack goes on to

24  say that your prognosis is positive for being

25  able to maintain a current mental state,

26  maintain your current mental state in the

27  community upon parole.  Moving down to

63

1   assessment of dangerousness, paragraph A.    There
2   is an estimation of your violence potential
3   within a controlled setting.    It is estimated to
4   be significantly below average relative to this
5   Level II inmate population.    Under paragraph B
6   we're talking about violence potential in the
7   community and Stack states that it is estimated
8   to be no more than the average citizen in the
9   community.    This assessment echoes the
10  conclusion of Dr. Terrini (phonetic) in his 2000
11  Board Report.    Under paragraph C there are no
12  significant risk factors for this inmate that
13  would be a precursor to violence for this
14  individual.    Again the reader is referred to
15  Dr. Terrini's 2000 report.    Under Section 15,
16  clinical observations, comments, paragraph A.
17  The clinician states that this individual is
18  competent, responsible for his behavior.    He has
19  the capacity to abide by institutional standards
20  and has done so during his incarceration.
21  Paragraph B, this inmate does not have a mental
22  health disorder that would necessitate treatment
23  either during his incarceration or following
24  upon parole.    Paragraph C, inmate Boone does not
25  have a significant drug or alcohol problem,
26  there are no recommendations in this area.
27  Paragraph D, it appears inmate Boone is a very

64

1   good candidate for parole consideration.  The

2   present author agrees with Dr. Terrini's 2000

3   psychological evaluation in this regard also.

4   These comments are made by Dr. Stack.  Do you

5   take exception to any of that or would you like

6   to expand on any of that?

7        INMATE BOONE:  That's fine right there

8   with it, with what you stated.

9        DEPUTY COMMISSIONER MORRIS:  All right.

10  With regard to post-conviction factors,

11  particularly since your last hearing.  We've

12  covered a lot of material.  Have I missed

13  anything?  Anything else you need to bring

14  forward that would serve you well?

15       INMATE BOONE:  No sir, that's it.

16       DEPUTY COMMISSIONER MORRIS:  Okay, all

17  right.  Absent any additional testimony

18  regarding post-conviction I yield to the Chair.

19       PRESIDING COMMISSIONER BIGGERS:  Okay, I

20  am going to go back an talk a little bit about

21  your parole plans.

22       INMATE BOONE:  Yes sir.

23       PRESIDING COMMISSIONER BIGGERS:  I went

24  back, and again you know, that was one of the --

25  in 2002 they were concerned about your parole

26  plans.

27       INMATE BOONE:  Yes sir.

65

1         **PRESIDING COMMISSIONER BIGGERS:**  And also

2  in the last hearing.  What have you done about

3  parole plans other than -- looking now I see

4  that you indicated that -- if he should receive

5  parole he plans to live with his brother in

6  Gibbstown, New Jersey.

7         **INMATE BOONE:**  Yes sir.

8         **PRESIDING COMMISSIONER BIGGERS:**  And it

9  says, should you be required to remain in

10  California there is an offer of housing from

11  Shirley George -- and I got the --

12         **INMATE BOONE:**  Gerhard.

13         **PRESIDING COMMISSIONER BIGGERS:**  Gerhard.

14         **INMATE BOONE:**  Yes sir.

15         **PRESIDING COMMISSIONER BIGGERS:**  And

16  that's in Santa Cruz County.  I've got that

17  letter and I'll go through that in just a

18  minute.  She also offered you some employment.

19         **INMATE BOONE:**  Yes sir.

20         **PRESIDING COMMISSIONER BIGGERS:**  And you

21  had one from Doris Walker but she moved to

22  Texas, is that correct?

23         **INMATE BOONE:**  Yes sir, yes sir.

24         **PRESIDING COMMISSIONER BIGGERS:**  I've got

25  a letter from her in there as well.

26         **INMATE BOONE:**  Okay.

27         **PRESIDING COMMISSIONER BIGGERS:**  And it

1    indicated that you preferred to get your, you'd

2    go back to being a truck driver rather than just

3    staying up there and doing maintenance and all

4    the other stuff, is that correct?

5         **INMATE BOONE:**  Yes sir.

6         **PRESIDING COMMISSIONER BIGGERS:**  And like

7    I said, Ms. Gerhard?

8         **INMATE BOONE:**  Gerhard.

9         **PRESIDING COMMISSIONER BIGGERS:**  She

10   wants to employ you as a gardener/maintenance

11   man on her property and she is 75 years old.

12   Have you -- This has been going on for a couple,

13   you know, since 2002.

14        **INMATE BOONE:**  Yes sir.  I keep running

15   into roadblocks.  I contacted, let's see if I

16   can find it here.  Parole reentry.

17        **PRESIDING COMMISSIONER BIGGERS:**  Okay.

18        **INMATE BOONE:**  I wrote down, I wrote down

19   specifically and I contacted them.  Well I got

20   the ducat on 7/25/2006.

21        **PRESIDING COMMISSIONER BIGGERS:**  Okay.

22        **INMATE BOONE:**  I specifically said I was

23   from the San Bernardino area, because they want

24   to know what area you're from.  And I put down

25   the San Bernardino area.  And they sent me that

26   with absolutely nothing from the San Bernardino

27   area.  Now I have a lot of information from the

67

1   San Bernardino area as far as the EDD and --

2         PRESIDING COMMISSIONER BIGGERS: When did

3   you start writing these people?

4         INMATE BOONE: Well I started probably

5   back in 2002. And I would either get letters

6   back stating, because you don't have a drug or

7   alcohol problem we can't help you.

8         PRESIDING COMMISSIONER BIGGERS: Okay.

9         INMATE BOONE: Now on some of the

10  information that I got from San Bernardino,

11  there's probably 200 places that deal with

12  substance abuse, which I have never had a

13  problem with. And that is the problem I have

14  been running into. I don't have anybody out

15  here in California that I can call and say hey,

16  can you go check this out. I have to write

17  these individuals. So I would write the

18  individuals. I either didn't hear anything back

19  from them, like in the -- And this one here,

20  Volunteers in Parole. I wrote to them, I didn't

21  hear anything back. So if they aren't going to

22  answer us when we write these places why do they

23  allow themselves to be listed in the book?

24        PRESIDING COMMISSIONER BIGGERS: Have you

25  ever tried Vietnam Veterans?

26        INMATE BOONE: Well I have information

27  concerning the veterans and they say basically

68

1  that they have offices as well as these, like

2  the San Bernardino Employment Resource Center.

3  I know that they had a veteran there with that.

4      PRESIDING COMMISSIONER BIGGERS:  I'll ask

5  you again, have you written Vietnam Veterans of

6  Southern California?

7      INMATE BOONE:  Yes sir.  Not from

8  Southern California but from Los Angeles.  I

9  never heard, never got a response from them.

10      PRESIDING COMMISSIONER BIGGERS:  Vietnam

11  Veterans of Southern California.  There are

12  veterans.  You're in San Bernardino.  They've

13  got veterans all over the place in Palm Springs,

14  they've got them in San Bernardino.  There are

15  veterans groups out there, they're in small

16  pockets.  But there's a national headquarters

17  for the Veterans Administration for Vietnam

18  veterans.

19      INMATE BOONE:  I have that.  I have the

20  book that I wrote and they sent me.

21      PRESIDING COMMISSIONER BIGGERS:  Okay.

22  What I'm telling you is that if you write to

23  them and let them know what your situation is

24  they'll write back to you.  Because their

25  president will write back to you.  That's what

26  they're there for is to help veterans.  To

27  include even those that are homeless.  And they

69

1    would probably -- I know at San Quentin, for

2    example, they have a veterans group up there

3    where they are trying to help all lifers.  So

4    you may need to do a little research.  Go on the

5    -- if you don't get a date today go on the

6    Internet and pull some of that stuff up.

7         INMATE BOONE:  How am I going to go on

8    the Internet?

9         DEPUTY COMMISSIONER MORRIS:  You've got a

10   librarian.

11        PRESIDING COMMISSIONER BIGGERS:  The

12   librarian.

13        INMATE BOONE:  We don't have Internet

14   systems here.

15        DEPUTY COMMISSIONER MORRIS:  Yes you do,

16   they do.

17        INMATE BOONE:  If they do they --

18        DEPUTY COMMISSIONER MORRIS:  In the

19   library.

20        PRESIDING COMMISSIONER BIGGERS:  In the

21   library.

22        INMATE BOONE:  I have never seen it.

23        DEPUTY COMMISSIONER MORRIS:  You request

24   what you want.  You submit your request for

25   interview to the librarian or submit your

26   request for interview with the supervisor of

27   education programs.  Tell them what you want to