# EXHIBIT 10

RECEIVED IN CRIMINAL DOCKETING

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

**ORDER**



In re DONALD W. BOONE
on Habeas Corpus.

E043229

(Super.Ct.Nos. SWHSS9290 & BCR667)

The County of San Bernardino

THE COURT

The petition for writ of habeas corpus is DENIED.

HOLLENHORST
Acting P.J.

cc:   See attached list



MAILING LIST FOR CASE: E043229
In re Donald Boone on Habeas Corpus

Superior Court Clerk
San Bernardino County
401 North Arrowhead Avenue
San Bernardino, CA 92415

Donald Boone
CDC #D-37952
Correctional Training Facility
P.O. Box 689 (ED-67L)
Soledad, CA 93960

✓ Office of the State Attorney General
P.O. Box 85266
San Diego CA 92186-5266

District Attorney
County of San Bernardino
Appellate Services Unit
412 Hospitality Lane, 1st Flr.
San Bernardino, CA 92415-0042

2007 JUN 19 PM 3:46
ATTORNEY GENERAL
SAN DIEGO