# EXHIBIT 12

Court of Appeal, Fourth Appellate District, Div. 2 - No. E043229
S153661

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re DONALD W. BOONE on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED
AUG - 8 2007
Frederick K. Ohlrich Clerk
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
DEPUTY

GEORGE
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Chief Justice