Donald W. Boone D-3775-2
San Bernardino Adult Rehabilitation
363 S. Doolittle Avenue
San Bernardino, Ca. 92408

Petitioner is pro se

FILED
08 AUG 13 PM 3:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD W. BOONE,

   Petitioner,

v.

ARNOLD SCHWARZENEGGER,

   Respondent.
_____/

CASE NOS. C 06-0116 PHJ/C 074724 PHJ

CHANGE OF ADDRESS

Judge: Phylis J. Hamilton

TO: THE HONORABLE PHYLIS J. HAMILTON, JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA.

On August 1, 2008, Governor Arnold Schwarzenegger declined to review Donald W. Boone's 2008 finding of suitability by the Board of Parole Hearings. Boone was released on parole on Friday, August 8, 2008. Boone's current address is:

Boone does not believe his grant of parole makes his cases before the Court moot. If the Court should find that there was no evidence for either of the prior reversals of Boone's suitability findings, then he is entitled to custody credits from the date of being found suitable for parole and his actual release (In re Bush, 161 Cal.App.4th 133, 142-144 (2008)), which could be a considerable

- 1 -

PROOF OF SERVICE BY MAIL

CASE NAME: BOONE V. SCHWARZENEGGER

CASE NO.: C06-6116 PJH / C07 4724 PJH

I, Donald W. Boone, hereby declare that I am a party to the above titled action and am over the age of eighteen (18), and I did serve a true copy of the following:

CHANGE OF ADDRESS

by placing a true copy in an envelope with first class postage fully prepaid and said envelope surrendered to correctional staff at the Correctional Training Facility for delivery to the prison mail room and therefrom delivered to the local United States Post Office the next business day from which there is postal service between the place of mailing and the addressee:

Office of Attorney General
455 Golden Gate Ave., #11000
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct, doing so this 8th day of Aug, 2008, at Soledad, California.

Donald G. Boone

reduction of time on parole.

Therefore, it is respectfully requested that should the Court rule in Boone's favor, the Board of Parole Hearings be ordered to deduct the excess credits from Bonne's parole, and if exceeding the period Boone would be on parole, discharge him.

DATED: 8 Aug. 08

Respectfully submitted,

*Donald W. Boone*
Donald W. Boone
Petitioner in pro se

O.W. Bear D37552
San Bernardino Ment Rehab. Center
363 S. Doolittle Ave.
San Bernardino, Ca. 52408

SAN BERNARDINO CA 924    11 AUG 2008 PM 2 T

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

94102+3483