**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD W. BOONE,

                Petitioner,

  vs.

ARNOLD SCHWARZENEGGER,
Governor of California,

                Respondent.

_____/

No. C 07-4724 PJH (PR)

**JUDGMENT**

      For the reasons stated in the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: August 18, 2008.     _____
                           PHYLLIS J. HAMILTON
                   United States District Judge

G:\PRO-SE\PJH\HC.07\BOONE4724.judgmt.wpd